# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **Blackjewel, L.L.C., et al.,** | ) | **Case No. 19-30289** |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| | ) | |
| **BLACKJEWEL, L.L.C., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Adv. Proceeding No. 3:20-ap-03007** |
| v. | ) | |
| | ) | |
| **UNITED BANK,** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT UNITED BANK'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant United Bank, by and through counsel, pursuant to the Second Amended Scheduling Order [ECF No. 75], the Order Setting Certain Procedures for Dispositive Motions [ECF No. 131], Rule 7056 of the *Federal Rules of Bankruptcy Procedure*, and Rule 56 of the *Federal Rules of Civil Procedure*, and moves this Honorable Court for summary judgment regarding Plaintiffs' claims against it.

For the reasons set forth fully in the accompanying Memorandum of Law in Support, there is no dispute as to any material fact, and United Bank is entitled to judgment as a matter of law regarding the First Amended Complaint [ECF No. 28].

1

Respectfully submitted,

**UNITED BANK**,
by Counsel,

/s/Peter J. Raupp
Ancil G. Ramey (WVSB # 3013)
Joseph G. Bunn (WVSB #11319)
Peter J. Raupp (WVSB #10546)
C. Haley Bunn (WVSB #11313)
James E. McDaniel (WVSB #13020)
Chase Tower, 17th Floor
Post Office Box 1588
Charleston, West Virginia 25326-1588
Telephone: (304) 353-8000
Facsimile: (304) 353-8180
Ancil.Ramey@Steptoe-Johnson.com
Joe.Bunn@Steptoe-Johnson.com
Peter.Raupp@Steptoe-Johnson.com
Haley.Bunn@Steptoe-Johnson.com
Jim.McDaniel@Steptoe-Johnson.com

**STEPTOE & JOHNSON PLLC**
**OF COUNSEL**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **Blackjewel, L.L.C., et al.,** | ) | **Case No. 19-30289** |
| | ) | |
| Debtors, | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| | ) | |
| **BLACKJEWEL, L.L.C., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Adv. Proceeding No. 3:20-ap-03007** |
| v. | ) | |
| | ) | |
| **UNITED BANK,** | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that **"DEFENDANT UNITED BANK'S MOTION FOR SUMMARY JUDGMENT"** was filed and served upon counsel via the court's filing system on the 30th day of November 2021.

*/s/*Peter J. Raupp_____

3