# EXHIBIT
# 3

## CORPORATE AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

By: Active Medical Management Corporation
1051 Main St
Milton, WV  25541

██████ *1814*

Referred to in this document as "Financial Institution"                    Referred to in this document as "Corporation"

I, Lisa Henson _____, certify that I am Secretary (clerk) of the above named corporation organized under the laws of
West Virginia _____, Federal Employer I.D. Number ██████████ , engaged in business under the trade name of
Active Medical Management Corporation _____, and that the resolutions on this document are a correct copy of the resolutions
adopted at a meeting of the Board of Directors of the Corporation duly and properly called and held on _____ 01/26/2015 _____ (date).
These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Lisa A Henson - ~~Managing Member~~ *Accountant* | X _(signature)_ | X _____ |
| B. Jeffrey A Hoops Sr - Managing Member | X _(signature)_ | X _____ |
| C. _____ | X _____ | X _____ |
| D. _____ | X _____ | X _____ |
| E. _____ | X _____ | X _____ |
| F. _____ | X _____ | X _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power.
Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | | Description of Power | Indicate number of signatures required |
|---|---|---|---|
| A, B | (1) | Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) | Open any deposit or share account(s) in the name of the Corporation. | _____ |
| _____ | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) | Borrow money on behalf and in the name of the Corporation, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Corporation as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) | Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Corporation's express limitations on the powers granted under this resolution.

_____

Corporate Authorization
VMP® Bankers Systems™
Wolters Kluwer Financial Services ©1995, 1997, 2006

Initials: _____

CA-1  12/16/2006
VMPC158  (0612)
Page 1 of 2

Confidential – Subject to Protective Order

## RESOLUTIONS

**The Corporation named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Corporation and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Board of Directors of the Corporation and certified to the Financial Institution as governing the operation of this corporation's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Corporation. Any Agent, so long as they act in a representative capacity as an Agent of the Corporation, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Corporation with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Corporation agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Corporation. The Corporation authorizes the Financial Institution, at any time, to charge the Corporation for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Corporation acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Corporation to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Corporation acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Corporation with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Corporation authorizes each Agent to have custody of the Corporation's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Board of Directors of the Corporation has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

☐ If checked, the Corporation is a non-profit corporation.        In Witness Whereof, I have subscribed my name to this document and affixed the seal

of the Corporation on _____ , (date).

_____        _____
Attest by One Other Officer                              Secretary

---

### FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

---

Corporate Authorization
VMP® Bankers Systems™
Wolters Kluwer Financial Services ©1995, 1997, 2006

Confidential – Subject to Protective Order

AP-0001457

## Account Agreement

Date: _____06/26/2015_____ ✓

### Institution Name & Address

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

### Account Number

░░░ 1814

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

### Owner/Signer  Information 1

| | |
|---|---|
| Name | Jeffery A Hoops |
| Relationship | Auth Signer |
| Address | █████████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | |

### Owner/Signer  Information 2

| | |
|---|---|
| Name | Lisa A Henson |
| Relationship | Auth Signer |
| Address | █████████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy/Milton Wv |
| Previous Financial Inst. | |

### Internal Use

### Account Title & Address

Active Medical Management Corporation
1051 Main St
Milton WV 25541-1215

### Ownership of Account

The specified ownership will remain the same for all accounts.
- ☐ Individual
- ☐ Joint with Survivorship (not as tenants in common) { x _____
- ☐ Joint with No Survivorship (as tenants in common) { x _____
- ☐ Trust-Separate Agreement Dated: _____
- ☐
- ☒ Corporation - For Profit  ☐ Partnership
- ☐ Corporation - Nonprofit  ☐ Sole Proprietorship
- ☐ Limited Liability Company

### Beneficiary Designation

(Check appropriate ownership above.)
- ☐ Revocable Trust  ☐ Pay-on-Death (POD)
- ☐

### Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: **1**

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms and Conditions  ☐ Privacy
- ☐ Electronic Fund Transfers  ☐ Truth in Savings
- ☐ Substitute Checks  ☒ Funds Availability
- ☐ Common Features  ☒ Fee Schedule
- ☐ Arbitration Agreement  ☐
- ☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _~signature~_ ]
   Jeffery A Hoops

2 [ x _~signature~_ ]
   Lisa A Henson

3 [ x _~signature~_ ]    4 [ x ]
   Brent Walls



Confidential – Subject to Protective Order

AP-0001458

## Owner/Signer Information 3

| | |
|---|---|
| Name | Brent Walls |
| Relationship | Auth Signer |
| Address | ███████████████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Walls & Associates, LLC |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN: █████████

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _~~signature~~_ (Date)
Jeffrey A. Hoops

## Non-Individual Owner Information

| | |
|---|---|
| Name | Active Medical Management Corporation |
| EIN | ████████ |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Corporation |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | Corporation |
| Address | 1051 Main St Milton, WV  25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 06/26/2015 |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Free Business Chkng / | ████1814 | $ 0.00  ☐ Cash  ☐ Check  ☐ _____ |
| | | $ _____  ☐ Cash  ☐ Check  ☐ _____ |
| | | $ _____  ☐ Cash  ☐ Check  ☐ _____ |

## Services Requested

☐ ATM    ☐ Debit/Check Cards (No. Requested: ____ )
☐ _____  ☐ _____
☐ _____  ☐ _____

## Other Terms/Information

MDaniels - Charleston

Confidential – Subject to Protective Order

## Account Agreement

Date: _01/26/2015_

| Institution Name & Address | Internal Use |
|---|---|
| United Bank - Charleston<br>500 Virginia St E<br>Charleston, WV  25301 | **Account Title & Address**<br>Active Medical Management Corporation<br>1051 Main St<br>Milton WV 25541 |

**Account Number**
1814

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

### Ownership of Account

The specified ownership will remain the same for all accounts.
- ☐ Individual
- ☐ Joint with Survivorship
  (not as tenants in common) { X _____
- ☐ Joint with No Survivorship
  (as tenants in common) { X _____
- ☐ Trust-Separate Agreement Dated: _____
- ☐
- ☒ Corporation - For Profit      ☐ Partnership
- ☐ Corporation - Nonprofit      ☐ Sole Proprietorship
- ☐ Limited Liability Company

### Owner/Signer Information 1

| | |
|---|---|
| Name | Lisa A Henson |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATION ENERGY/MILTON WV |
| Previous Financial Inst. | |

### Beneficiary Designation
*(Check appropriate ownership above.)*
- ☐ Revocable Trust          ☐ Pay-On-Death (POD)
- ☐

### Beneficiary Name(s), Address(es), and SSN(s)
*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: **1** .

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms and Conditions     ☒ Privacy
- ☒ Electronic Fund Transfers  ☒ Truth in Savings
- ☒ Substitute Checks        ☒ Funds Availability
- ☒ Common Features         ☒ Fee Schedule
- ☒ Arbitration Agreement     ☒ UOP $100
- ☒ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _signature_ ]
   Lisa A Henson
2 [ x _signature_ ]
   Jeffery A Hoops Sr
3 [ x                    ]  4 [ x         ]

### Owner/Signer Information 2

| | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATION ENERGY RESOURCES |
| Previous Financial Inst. | |

Signature Card-Multistate
Bankers Systems™  Custom   MOF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007

Initials: _____        Page 1 of 2

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Business/Organization/Owner Information

| | |
|---|---|
| Name | Active Medical Management Corporation |
| EIN | |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Corporation |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St Milton, WV 25541 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 01/26/2015 |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Free Business Chkng / | 1814 | $ _____ ☐ Cash ☐ Check ☐ _____ |
| | | $ _____ ☐ Cash ☐ Check ☐ _____ |
| | | $ _____ ☐ Cash ☐ Check ☐ _____ |

## Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____   ☐ _____
☐ _____   ☐ _____

## Other Terms/Information

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

TIN:

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☐ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____   2/16/2015 (Date)

Lisa A Henson

Signature Card-Multistate
Bankers Systems™   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007
Initials: _____   Page 2 of 2

**LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION**

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Black Diamond Insurance Group, LLC
1051 Main St
Milton, WV 25541

1591

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I, Lisa Hanson  Heather Hammond , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of Kentucky , Federal Employer I.D. Number _____ engaged in business under the trade name of Black Diamond Insurance Group, LLC , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on 11-13-2014 (date) These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A.  Lisa Hanson | X | X |
| B.  Jeffery Hoops | X | X |
| C.  Heather Hammond - Manager | X  Heather Hammond | X |
| D.  _____ | X | X |
| E.  _____ | X | X |
| F.  _____ | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A.B | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member          Manager or Designated Member

ExpertⒸ © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003          (page 1 of 2)

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

The Limited Liability Company named on this resolution resolves that,

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Pennsylvania. The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

Confidential – Subject to Protective Order

AP-0001468

## Account Agreement

Date: _____ 06/26/2015 _____

### Institution Name & Address

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

### Account Number

_____ 7591

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

### Owner/Signer Information 1

| | |
|---|---|
| Name | Jeffery A Hoops |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | |

### Owner/Signer Information 2

| | |
|---|---|
| Name | Lisa A Henson |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy/Milton Wv |
| Previous Financial Inst. | |

Internal Use

### Account Title & Address

Black Diamond Insurance Group, LLC
1051 Main St
Milton WV 25541-1215

### Ownership of Account

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship (not as tenants in common) { X _____
☐ Joint with No Survivorship (as tenants in common) { X _____
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit      ☐ Partnership
☐ Corporation - Nonprofit      ☐ Sole Proprietorship
☒ Limited Liability Company

### Beneficiary Designation

(Check appropriate ownership above.)
☐ Revocable Trust      ☐ Pay-On-Death (POD)
☐

### Beneficiary Name(s), Address(es), and SSN(s)

(Check appropriate beneficiary designation above.)

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: **1** .

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions      ☐ Privacy
☐ Electronic Fund Transfers      ☐ Truth in Savings
☐ Substitute Checks      ☒ Funds Availability
☐ Common Features      ☒ Fee Schedule
☐ Arbitration Agreement      ☐
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _signature_ ]
   Jeffery A Hoops
2 [ x _signature_ ]
   Lisa A Henson
3 [ x _signature_ ] 4 [ x ]
   Brent Walls

Signature Card-Multistate
Bankers Systems™ Custom   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2008

MPMP-LAZ 5/2/2007

Initials: _____      Page 1 of 2

CRF 2

Confidential – Subject to Protective Order

## Owner/Signer Information 3

| | |
|---|---|
| Name | Brent Walls |
| Relationship | Auth Signer |
| Address | ███████████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | ███████████ |
| Other ID (Description, Details) | |
| Employer | Walls & Associates, LLC |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Black Diamond Insurance Group, LLC |
| EIN | ████ |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St Milton, WV  25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 06/26/2015 |
| Previous Financial Inst. | |

## Account Description / Account # / Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Business Analyzed Chkg / | ███████7591 | $ 0.00  ☐ Cash  ☐ Check  ☐ |
| | | $  ☐ Cash  ☐ Check  ☐ |
| | | $  ☐ Cash  ☐ Check  ☐ |

## Services Requested

☐ ATM    ☐ Debit/Check Cards (No. Requested: _____)
☐ _____   ☐ _____
☐ _____   ☐ _____

## Other Terms/Information

MDaniels-Charleston

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*

TIN: ████████

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _~signature~_____ (Date)
  Jeffery A Hoops

Signature Card-Multistate
Bankers Systems™   MDF. EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007

Initials: _____   Page 2 of 2

Confidential – Subject to Protective Order

AP-0001470

**Account Agreement**   Date: __11/13/2014__

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

Internal Use

Black Diamond Insurance Group, LLC
1051 Main St
Milton WV 25541

**Account Number**

7591

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual Owner information on page 2. There is additional Owner/Signer information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship (not as tenants in common) { x _____
☐ Joint with No Survivorship (as tenants in common) { x _____
☐ Trust-Separate Agreement Dated _____
☐
☐ Corporation - For Profit    ☐ Partnership
☐ Corporation - Nonprofit    ☐ Sole Proprietorship
☐ Limited Liability Company

**Beneficiary Designation**
(Check appropriate ownership above.)

☐ Revocable Trust    ☐ Pay-On-Death (POD)
☐

**Beneficiary (Full Name, Address, and SSN's)**
(Check appropriate beneficiary designation above.)

**Owner/Signer Information 1**

| Name | Lisa Henson |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: _____

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☐ Terms and Conditions    ☐ Privacy
☐ Electronic Fund Transfers    ☐ Truth in Savings
☐ Substitute Checks    ☐ Funds Availability
☐ Common Features    ☐ Fee Schedule
☐ Arbitration Agreement    ☐
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

**Owner/Signer Information 2**

| Name | Jeffery Hoops Sr |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

1 [ x _____ ]
   Lisa Henson
2 [ x _____ ]
   Jeffery Hoops
3 [ x _____ ]   4 [ x _____ ]

Signature Card-Multistate
Bankers Systems™ Custom   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007

Initials: _____   Page 1 of 2

## Owner Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certification

*(If not a "U.S. Person," certify foreign status separately.)*
TIN:

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____ {Date}
Lisa Henson

## Business/Owner Information

| | |
|---|---|
| Name | Black Diamond Insurance Group, LLC |
| EIN | |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | |
| State/Country & Date of Organization | , United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St Milton, WV 25541 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Designation

| Business Analyzed Chkg / 76 | 7591 | # |  |
|---|---|---|---|
| | | ☐ Cash ☐ Check | |
| | | # | |
| | | ☐ Cash ☐ Check | |
| | | # | |
| | | ☐ Cash ☐ Check | |

## Services Requested

| | | | |
|---|---|---|---|
| ☐ ATM | ☐ Debit/Check Cards (No. Requested: _____ ) | | |
| ☐ | | ☐ | |
| ☐ | | ☐ | |

## Other Terms Information

Koomer/Charleston Main

Signature Card-Multistate
Bankers Systems TM   MOF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2008

MPMP-LAZ 8/2/2007
Initials: _____   Page 2 of 2

Confidential – Subject to Protective Order

AP-0001472



## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Grand Patrician Resort LLC
1050 Main St
Milton, WV 25541

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

---

I,_____, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of __West Virginia_____, Federal Employer I.D. Number _____, engaged in business under the trade name of __Grand Patrician Resort LLC_____, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Brent Walls Auth. Signer | X | X |
| B. Jeffery A Hoops Sr Auth. Signer | X | X |
| C. | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) Other _____ | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_____     _____
Attest by One Other Manager or Designated Member          Manager or Designated Member

Exvert © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

(page 1 of 2)

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

The Limited Liability Company named on this resolution resolves that,

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, for that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Pennsylvania. The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

#### FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

Expert© © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003

Confidential – Subject to Protective Order

AP-0001539

**Account Agreement**    Date: _____ 11/01/2018

| Institution Name & Address | Internal Use |
|---|---|

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

**Account Title & Address**

Grand Patrician Resort LLC
~~1050 Main St~~ 1051 Main Street
Milton, WV 25541

**Account Number**

8723

IMPORTANT ACCOUNT OPENING INFORMATION: Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
☐ Individual
☐ Joint with Survivorship
(not as tenants in common) { X _____
☐ Joint with No Survivorship { X _____
(as tenants in common)
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit    ☐ Partnership
☐ Corporation - Nonprofit    ☐ Sole Proprietorship
☒ Limited Liability Company

**Owner/Signer Information 1**

| Name | Jeffery A Hoops Sr. |
|---|---|
| Relationship | Auth. Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

**Beneficiary Designation**

(Check appropriate ownership above.)
☐ Revocable Trust    ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

(Check appropriate beneficiary designation above.)

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1

**Owner/Signer Information 2**

| Name | Brent Walls |
|---|---|
| Relationship | Auth. Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Walls & Associates, LLC |
| Previous Financial Inst. | USAA |

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☐ Terms and Conditions    ☐ Privacy
☐ Electronic Fund Transfers    ☐ Truth in Savings
☐ Substitute Checks    ☐ Funds Availability
☐ Common Features    ☐ Fee Schedule
☐ Arbitration Agreement    ☐ _____
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _Jeffery A Hoops Sr._ ]
2 [ x _Brent Walls_ ]
3 [ x ]    4 [ x ]

Signature Card-Multistate
Bankers Systems™ Custom    MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007
Initials: _____    Page 1 of 2

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Grand Patrician Resort LLC |
| EIN | ▮▮▮▮▮ |
| Phone | 304-390-5971 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | LLC |
| State/Country & Date of Organization | WV USA |
| Nature of Business | LLC |
| Address | 1050 Main St. Milton WV 25541 1051 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Description / Account # / Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Free Bus. Checking / 75 | ▮▮▮8723 | • 100.00 ☐ Cash ☐ Check ☐ |
| | | $ _____ ☐ Cash ☐ Check ☐ |
| | | $ _____ ☐ Cash ☐ Check ☐ |

## Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____   ☐ _____
☐ _____   ☐ _____

## Other Terms/Information

Cbostic/Chas. Main

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN: ▮▮▮▮▮

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

x _____ 11/1/18    SIGN HERE
   Brent Wells

Signature Card-Multistate
Bankers Systems™   MOF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2008

MPMP-LAZ 6/2/2007

Initial: _____   Page 2 of 2





## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

By:  Grand Patrician Resort LLC
1050 Main Sr
Milton, WV 25541

Referred to in this document as "Financial Institution"    Referred to in this document as "Limited Liability Company"

I, _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of __West Virginia_____ , Federal Employer I.D. Number _____ , engaged in business under the trade name of __Grand Patrician Resort LLC_____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | | Facsimile Signature (if used) |
|---|---|---|---|
| A.  Brent Wails Auth. Signer | X | X | |
| B.  Jeffery A Hoops Sr Auth. Signer | X | X | |
| C. | X | X | |
| D. | X | X | |
| E. | X | X | |
| F. | X | X | |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1)  Exercise all of the powers listed in this resolution. | 1 |
| | (2)  Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3)  Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4)  Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5)  Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6)  Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7)  Other _____ | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.
**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_____       _____
Attest by One Other Manager or Designated Member       Manager or Designated Member

Exper© © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

(page 1 of 2)

CMF 2 NOV 2 2000

AP-0001559

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

The Limited Liability Company named on this resolution resolves that,

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, for that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Pennsylvania. The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

Expert © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

(page 2 of 2)

Confidential – Subject to Protective Order

AP-0001560

**Account Agreement**    Date: ____11/01/2018____

| Institution Name & Address | Internal Use |
| --- | --- |

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

| Account Title & Address |
| --- |

Grand Patrician Resort LLC
~~1050 Main St~~ 1051 Main Street
Milton, WV 25541

**Account Number**

8723

IMPORTANT ACCOUNT OPENING INFORMATION: Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
☐ Individual
☐ Joint with Survivorship
  (not as tenants in common) { x _____
☐ Joint with No Survivorship { x _____
  (as tenants in common)
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit          ☐ Partnership
☐ Corporation - Nonprofit          ☐ Sole Proprietorship
☒ Limited Liability Company

**Owner/Signer Information 1**

| Name | Jeffery A Hoops Sr. |
| --- | --- |
| Relationship | Auth. Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

**Beneficiary Designation**

(Check appropriate ownership above.)
☐ Revocable Trust          ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

(Check appropriate beneficiary designation above.)

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: **1** .

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☐ Terms and Conditions          ☐ Privacy
☐ Electronic Fund Transfers     ☐ Truth in Savings
☐ Substitute Checks             ☐ Funds Availability
☐ Common Features               ☐ Fee Schedule
☐ Arbitration Agreement         ☐ _____
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

**Owner/Signer Information 2**

| Name | Brent Walls |
| --- | --- |
| Relationship | Auth. Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Walls & Associates, LLC |
| Previous Financial Inst. | USAA |

1 [ x _Jeffery A Hoops Sr._ signature ]
2 [ x _Brent Walls_ signature ]
3 [ x ]    4 [ x ]

Signature Card-Multistate
Bankers Systems™ Custom   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007
Initials: _____   Page 1 of 2

AP-0001561

## Owner/Signer Information 3

| Field | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| Field | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN ▓▓▓▓▓

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

x _____ 11/1/18    **SIGN HERE**
  Brent Wells

## Non-Individual Owner Information

| Field | |
|---|---|
| Name | Grand Patrician Resort LLC |
| EIN | ▓▓▓▓▓ |
| Phone | 304-390-5971 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | LLC |
| State/Country & Date of Organization | WV USA |
| Nature of Business | LLC |
| Address | 1050 Main St. Milton WV 25541 1051 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | |
| Previous Financial Inst. | |

## Account Description / Account # / Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source | | |
|---|---|---|---|---|
| Free Bus. Checking / 75 | ▓▓▓8723 | $ 100.00 | ☐ Cash | ☐ Check |
| | | | ☐ | |
| | | $ _____ | ☐ Cash | ☐ Check |
| | | | ☐ | |
| | | $ _____ | ☐ Cash | ☐ Check |
| | | | ☐ | |

## Services Requested

☐ ATM    ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____    ☐ _____
☐ _____    ☐ _____

## Other Terms/Information

Cbostic/Chas. Main

Signature Card-Multistate
Bankers Systems™  MDF, EWVMFMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 6/2/2007

Initial: _____        Page 2 of 2



## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

By:  Construction & Reclamation Services, LLC
1051 Main St Suite 2
Milton, WV  25541-1215

Referred to in this document as "Financial Institution"                Referred to in this document as "Limited Liability Company"

I, _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of __West Virginia__ , Federal Employer I.D. Number ▮▮▮▮▮ engaged in business under the trade name of __Construction & Reclamation Ser__ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____10/10/2018_____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS**  Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | | Signature | | _____ (if used) |
|---|---|---|---|---|
| A. Brent Walls  Auth Signer | X | | | |
| B. Jeffery A Hoops Sr  Auth Signer | X | | | |
| C. _____ | X | | X | |
| D. _____ | X | | X | |
| E. _____ | X | | X | |
| F. _____ | X | | X | |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS**  The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS**  This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.
**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)
In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_____      _____
Attest by One Other Manager or Designated Member      Manager or Designated Member

Expert © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003                                 (page 1 of 2)

CRF 5  OCT 1 6 2018

Confidential – Subject to Protective Order

AP-0001544



**Account Agreement**    Date: ___10/10/2018___

| Institution Name & Address | Internal Use |
|---|---|

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

**Account Title & Address**

Construction & Reclamation Services, LLC
1051 Main St Suite 2
Milton WV 25541-1215

**Account Number**
3041

IMPORTANT ACCOUNT OPENING INFORMATION: Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner information on page 2. There is additional Owner/Signer information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
☐ Individual
☐ Joint with Survivorship
(not as tenants in common) { x _____
                           { x _____
☐ Joint with No Survivorship
(as tenants in common)
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit      ☐ Partnership
☐ Corporation - Nonprofit      ☐ Sole Proprietorship
☒ Limited Liability Company

**Beneficiary Designation**
(Check appropriate ownership above.)
☐ Revocable Trust      ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**
(Check appropriate beneficiary designation above.)

### Owner/Signer Information 1

| | |
|---|---|
| Name | Brent Walls |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Walls & Associates, LLC |
| Previous Financial Inst. | Usaa |

### Owner/Signer Information 2

| | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1 _____.

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions      ☐ Privacy
☐ Electronic Fund Transfers  ☐ Truth in Savings
☐ Substitute Checks          ☒ Funds Availability
☐ Common Features            ☒ Fee Schedule
☐ Arbitration Agreement      ☐
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _____ ]  Brent Walls    SIGNHERE
2 [ x _____ ]  Jeffery A Hoops Sr    SIGNHERE
3 [ x _____ ]    4 [ x _____ ]

Signature Card-Multistate
Bankers Systems™ Custom   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007
Initials: _____    Page 1 of 2

**CRF 5  OCT 1 6 2018**

AP-0001545

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Construction & Reclamation Services, LLC |
| EIN | |
| Phone | 304-561-2058 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Limited liability company |
| State/Country & Org. of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1061 Main St Suite 2 Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorized Resolution Date | 10/10/2018 |
| Previous Financial Inst. | na |

## Account Description / Accounts / Initial Deposit/Source

| Account Description | Accounts | Initial Deposit/Source |
|---|---|---|
| Analyzed Business Checking / 76 | 3041 | $ 100.00  ☐ Cash ☒ Check |
| | | ☐ Cash ☐ Check |
| | | ☐ Cash ☐ Check |

## Services Requested

☐ ATM  ☐ Debit/Check Cards (No. Requested: ____)
☐ ☐
☐ ☐

## Other Terms/Information

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____  10-10-18  SIGN HERE
Brent Wells

Signature Card-Multi-WCA
Business Organization: LLC, Partnership
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 6/3/2007
Initials _____  Page 2 of 2

CRF 5  OCT 1 6 2018



## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Lexington Coal Company, LLC
Suite 100
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"    Referred to in this document as "Limited Liability Company"

I, __Jeffery A Hoops Sr_____, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of __West Virginia_____, Federal Employer I.D. Number ▉▉▉▉▉▉▉▉, engaged in business under the trade name of __Lexington Coal Company, LLC_____, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____01/23/2019_____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Jeffery A Hoops Sr  Auth Signer | x _(signature)_ | x _____ |
| B. Drew R Kesler  Auth Signer | x _(signature)_ | x _____ |
| C. D. J. HETRICK | x _(signature)_ | x _____ |
| D. _____ | x _____ | x _____ |
| E. _____ | x _____ | x _____ |
| F. _____ | x _____ | x _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member    (Manager or Designated Member)

CRP-5  FEB 19 2019

Express  © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003    (page 1 of 2)

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Lexington Coal Company, LLC
Suite 100
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"                  Referred to in this document as "Limited Liability Company"

I, _____, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of **West Virginia**_____, Federal Employer I.D. Number ▓▓▓▓▓▓▓ engaged in business under the trade name of **Lexington Coal Company LLC**_____, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

AGENTS Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Jeffery A Hoops Sr | (x) _signature_ | x _____ |
| B. Drew R Kesler | (x) _signature_ | x _____ |
| C. Steven R Poe | (x) _signature_ | x _____ |
| D. _____ | x _____ | x _____ |
| E. _____ | x _____ | x _____ |
| F. _____ | x _____ | x _____ |

POWERS GRANTED (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B C | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

LIMITATIONS ON POWERS The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

_____

EFFECT ON PREVIOUS RESOLUTIONS This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

CERTIFICATION OF AUTHORITY
I further certify that the Managers or Designated Members of the Limited Liability Company have, at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_____
Attest by One Other Manager or Designated Member     Manager or Designated Member

ExŠperŠ © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 6/13/2002                  (page 1 of 2)

OCT 2 0 2017

# CRF 4

Confidential – Subject to Protective Order

AP-0001591

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

The Limited Liability Company named on this resolution resolves that,
(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.
(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.
(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.
(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.
(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.
(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.
(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named in this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Pennsylvania. The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A., Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A., Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

---

ExŚerŚa® © 1996, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

OCT 20 2017

CRF 4

(page 2 of 2)

Confidential – Subject to Protective Order

AP-0001592

**Account Agreement**

Date: _01/23/2019_

| Institution Name & Address | Internal Use |
| --- | --- |

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

### Account Title & Address

Lexington Coal Company, LLC
1051 Main St Suite 100
Milton WV 25541-1215

### Account Number

▮▮▮1269

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

### Ownership of Account

The specified ownership will remain the same for all accounts.
- ☐ Individual
- ☐ Joint with Survivorship
  (not as tenants in common) { x _____
- ☐ Joint with No Survivorship
  (as tenants in common) { x _____
- ☐ Trust-Separate Agreement Dated: _____
- ☐
- ☐ Corporation - For Profit      ☐ Partnership
- ☐ Corporation - Nonprofit      ☐ Sole Proprietorship
- ☒ Limited Liability Company

### Beneficiary Designation

*(Check appropriate ownership above.)*
- ☐ Revocable Trust      ☐ Pay-On-Death (POD)
- ☐

### Beneficiary Name(s), Address(es), and SSN(s)

*(Check appropriate beneficiary designation above.)*

### Owner/Signer Information 1

| Name | Jeffery A Hoops Sr |
| --- | --- |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATION ENERGY RESOURCES |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: _1_

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

### Owner/Signer Information 2

| Name | Drew R Kesler |
| --- | --- |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATON MANAGEMENT CORP |
| Previous Financial Inst. | |

- ☒ Terms and Conditions      ☐ Privacy
- ☐ Electronic Fund Transfers      ☐ Truth in Savings
- ☐ Substitute Checks      ☒ Funds Availability
- ☐ Common Features      ☒ Fee Schedule
- ☐ Arbitration Agreement      ☐ _____
- ☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _signature_ ]
Jeffery A Hoops Sr

2 [ x _signature_ ]
Drew R Kesler

3 [ x _signature_ ]      4 [ x ]
D.J. HERRICK

Signature Card-Multistate
Bankers Systems™  Custom   MDF, SWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007

Initials: _____      Page 1 of 2

CRF 3   FEB 1 9 2019

AP-0001594

## Owner/Signer Information 3

| | |
|---|---|
| Name | Donald P. Hetrick II |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Lexington Coal Company LLC |
| Previous Financial Inst. | N/A |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*
**TIN:**

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _Jeffery A Hoops_   2-4-19 (Date)
Jeffery A Hoops Sr

## Non Individual Owner Information

| | |
|---|---|
| Name | Lexington Coal Company, LLC |
| EIN | |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | Suite 100<br>Milton, WV  25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 01/23/2019 |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Analyzed Business Checking / | 1269 | $ 0.00<br>☐ Cash ☐ Check<br>☐ _____ |
| | | $ _____<br>☐ Cash ☐ Check<br>☐ _____ |
| | | $ _____<br>☐ Cash ☐ Check<br>☐ _____ |

## Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: ___ )
☐ _____     ☐ _____
☐ _____     ☐ _____

## Other Terms Information

JMartin/Charleston

---

Signature Card-Multistate
Bankers Systems™   MDF. EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007

Initials: _____     Page 2 of 2

Confidential – Subject to Protective Order

AP-0001595

**Account Agreement**

Date: _____ 10/16/2017

Internal Use

**Financial Institution Name & Address**

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

**Account Owner Name & Address**

Lexington Coal Company, LLC
1051 Main St.
Suite 100
Milton WV 25541-1215

**Account Number**

_____1269

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual information on page 2. There is additional Owner/Signer information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
☐ Individual
☐ Joint with Survivorship
   (not as tenants in common) { X _____
☐ Joint with No Survivorship
   (as tenants in common) { X _____
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit       ☐ Partnership
☐ Corporation - Nonprofit        ☐ Sole Proprietorship
☒ Limited Liability Company

**Owner/Signer Information (1)**

| Name | Jeffery A Hoops Sr |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

**Beneficiary Designation**

(Check appropriate ownership above.)
☐ Revocable Trust       ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

(Check appropriate beneficiary designation above.)

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1

**Owner/Signer Information (2)**

| Name | Drew R Kesler |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Management Corp |
| Previous Financial Inst. | No |

**Signature**

The undersigned authorizes the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions      ☐ Privacy
☐ Electronic Fund Transfers  ☐ Truth in Savings
☐ Substitute Checks          ☒ Funds Availability
☐ Common Features            ☒ Fee Schedule
☐ Arbitration Agreement      ☐
☐ Authorized Signer (See Owner/Signer information for Authorized Signer designation(s).)

1 (x) Jeffery A Hoops Sr _____ ]
2 (x) Drew R Kesler _____ ]
3 (x) _____ 4 (x) _____ ]
   Steven R Pos

Signature Card Multistate
Bankers Systems TM Custom    MBF, EW/WPWP
Wolters Kluwer Financial Services ©2003, 2006

MP/JP-LA2 6/2/2007
Initials _____      Page 1 of 2

OCT 20 2017
**CRF 4**

Confidential – Subject to Protective Order

AP-0001596

| Owner/Signer Information 2 | | Non-Individual Owner Information | |
|---|---|---|---|
| Name | Steven R Poe | Name | Lexington Coal Company, LLC |
| Relationship | Auth Signer | TIN | |
| Address | | Phone | 304-390-5959 |
| | | Business Phone | |
| Mailing Address (if different) | | E-Mail | |
| Home Phone | | Type of Entity | Limited liability company |
| Work Phone | | State/Country & Date of Organization | West Virginia, United States of America |
| Mobile Phone | | Nature of Business | LLC |
| E-Mail | | Address | Suite 100 |
| Birth Date | | | Milton, WV 25541-1215 |
| SSN/TIN | | Mailing Address (if different) | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | | Authorization Resolution Date | |
| Other ID (Description, Details) | | Previous Financial Inst. | None |
| Employer | Julian/Alpha Resources | | |
| Previous Financial Inst. | None | | |

| Owner/Signer Information 4 | | Account Description/Account # | | Initial Deposit/Source |
|---|---|---|---|---|
| Name | | Business Analyzed Chkg / 76 | 1268 | $ 500.00 |
| Relationship | | | | ☐ Cash ☒ Check |
| Address | | | | ☐ |
| Mailing Address (if different) | | | | $ |
| Home Phone | | | | ☐ Cash ☐ Check |
| Work Phone | | | | ☐ |
| Mobile Phone | | | | $ |
| E-Mail | | | | ☐ Cash ☐ Check |
| Birth Date | | | | ☐ |
| SSN/TIN | | | | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | | Services Requested | | |
| Other ID (Description, Details) | | ☐ ATM   ☐ Debit/Check Cards (No. Requested: ) | | |
| Employer | | ☐ | ☐ | |
| Previous Financial Inst. | | ☐ | ☐ | |

**Other Terms/Information**

**Backup Withholding Certification**

(If not a "U.S. Person," certify foreign status separately.)
TIN:

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _Jeffery A Hoops_  10/19/17 (Date)
Jeffery A Hoops Sr

Signature Card Multistate
Bankers Systems™   MCS, KVPV14PMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007
Initials: _____   Page 2 of 2

OCT 20 2017

**CRF 4**

Confidential – Subject to Protective Order

AP-0001597

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By:  Lexington Coal Company, LLC
Suite 100
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"       Referred to in this document as "Limited Liability Company"

I, __Jeffery A Hoops Sr_____ , certify that I am a Manager or Designated Member of the above named Limited Liability
Company organized under the laws of __West Virginia_____ , Federal Employer I.D. Number ▮▮▮▮▮▮▮ ,
engaged in business under the trade name of __Lexington Coal Company, LLC_____ , and that the resolutions on
this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons
designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an
operating agreement, duly and properly called and held on _____01/23/2019_____ (date). These resolutions
appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. __Jeffery A Hoops Sr  Auth Signer_____ | X _____ | X _____ |
| B. __Drew R Kesler  Auth Signer_____ | X _____ | X _____ |
| C. __D. J. HETRICK_____ | X _____ | X _____ |
| D. _____ | X _____ | X _____ |
| E. _____ | X _____ | X _____ |
| F. _____ | X _____ | X _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power.
Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | | Description of Power | Indicate number of signatures required |
|---|---|---|---|
| A B | (1) | Exercise all of the powers listed in this resolution. | 1 |
| | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) | Other _____ | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

_____

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full
power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and
lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any,
of the Limited Liability Company on _____ (date).

_____     _____
Attest by One Other Manager or Designated Member       Manager or Designated Member

Experi  © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

CRF 3   FEB 1 9 2019   *(page 1 of 2)*

Confidential – Subject to Protective
Order

1415

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Lexington Coal Company, LLC
Suite 100
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"

Referred to in this document as "Limited Liability Company"

I, _____, certify that I am a Manager or Designated Member of the above named Limited Liability
Company organized under the laws of __West Virginia_____, Federal Employer I.D. Number █████████,
engaged in business under the trade name of __Lexington Coal Company, LLC_____, and that the resolutions on
this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons
designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an
operating agreement, duly and properly called and held on __09/29/2017_____ (date). These resolutions
appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Steven R Poe  Auth. Signer | (X) | x |
| B. Jeffery A Hoops Sr  Auth. Signer | (X) | x |
| C. Drew R Kesler  Auth. Signer | (X) | x |
| D. | x | x |
| E. | x | x |
| F. | x | x |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power.
Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E and/or F | | Description of Power | Indicate number of signatures required |
|---|---|---|---|
| A B C | (1) | Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) | Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

_____

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full
power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and
lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any,
of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member        Manager or Designated Member        OCT 0 4 2017

Experts © 1995, *1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 9/1/2005        (page 1 of 2)

CRF 2

Confidential – Subject to Protective
Order

AP-0001601

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

The Limited Liability Company named on this resolution resolves that,
(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.
(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.
(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.
(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.
(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.
(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.
(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to an Agent on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

### FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

---

ExPern® © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

OCT 0 4 2017

CRF 2

AP-0001602

**Account Agreement**                                    Date: ___01/23/2019___

| | |
|---|---|
| **Institution Name & Address** | Internal Use |
| United Bank - Charleston<br>500 Virginia St E<br>Charleston, WV  25301 | **Account Title & Address**<br>Lexington Coal Company, LLC<br>Doj Ace For Mitigation<br>1051 Main St Suite 100<br>Milton WV 25541-1215 |

**Account Number**
■■■■1415

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
- [ ] Individual
- [ ] Joint with Survivorship (not as tenants in common)
- [ ] Joint with No Survivorship (as tenants in common)
- [ ] Trust-Separate Agreement Dated: _____
- [ ] _____
- [ ] Corporation - For Profit      [ ] Partnership
- [ ] Corporation - Nonprofit       [ ] Sole Proprietorship
- [x] Limited Liability Company

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | Dba |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATION ENERGY RESOURCES |
| Previous Financial Inst. | |

**Beneficiary Designation**

*(Check appropriate ownership above.)*
- [ ] Revocable Trust          [ ] Pay-On-Death (POD)
- [ ] _____

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

- [ ] If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____ .

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- [x] Terms and Conditions       [ ] Privacy
- [ ] Electronic Fund Transfers   [ ] Truth in Savings
- [ ] Substitute Checks           [x] Funds Availability
- [ ] Common Features             [x] Fee Schedule
- [ ] Arbitration Agreement       [ ] _____
- [ ] Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [x  *signature* ]
    Jeffery A Hoops Sr
2 [x  *signature* ]
    Drew R Kesler
3 [x  *signature*  ]   4 [x        ]
    D. J. Herrick

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Drew R Kesler |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATON MANAGEMENT CORP |
| Previous Financial Inst. | |

CRF 3   FEB 1 9 2019

Confidential – Subject to Protective Order

AP-0001604

## Owner Signer Information 3

| | |
|---|---|
| Name | Donald P. Hetrick II |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Lexington Coal Company, LLC |
| Previous Financial Inst. | N/A |

## Owner Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non Individual Owner Information

| | |
|---|---|
| Name | Lexington Coal Company, LLC |
| EIN | |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | Suite 100 Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 01/23/2019 |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit Source

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Analyzed Business Checking / | 1415 | $ 0.00 |
| | | ☐ Cash  ☐ Check |
| | | ☐ _____ |
| | | $ _____ |
| | | ☐ Cash  ☐ Check |
| | | ☐ _____ |
| | | $ _____ |
| | | ☐ Cash  ☐ Check |
| | | ☐ _____ |

## Services Requested

☐ ATM    ☐ Debit/Check Cards (No. Requested:_____)
☐ _____    ☐ _____
☐ _____    ☐ _____

## Other Terms Information

JMartin/Charleston

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*
**TIN:**

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _Jeffery R. Hoops_       2-4-19 (Date)
Jeffery A Hoops Sr

Signature Card-Multistate
Bankers Systems™   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007
Initials: _____       Page 2 of 2

Confidential – Subject to Protective Order

AP-0001605

**Account Agreement**    14 15    Date:    09/29/2017

| | |
|---|---|
| United Bank - Charleston<br>500 Virginia St E<br>Charleston, WV 25301 | **Internal Use**<br><br>Lexington Coal Company, LLC<br>Doj Ace For Mitigation<br>1051 Main St.<br>Suite 100<br>Milton WV 25541-1215 |

1415

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer information space on page 2.

The specified ownership will remain the same for all accounts.
- ☐ Individual
- ☐ Joint with Survivorship (not as tenants in common) { X
- ☐ Joint with No Survivorship { X (as tenants in common)
- ☐ Trust-Separate Agreement Dated: _____
- ☐
- ☐ Corporation - For Profit    ☐ Partnership
- ☐ Corporation - Nonprofit    ☐ Sole Proprietorship
- ☒ Limited Liability Company

*(Check appropriate ownership above.)*
- ☐ Revocable Trust    ☐ Pay-On-Death (POD)
- ☐

*(Check appropriate beneficiary designation above.)*

| Name | Steven R Pee |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Julian/Alpha Resources |
| Previous Financial Inst. | none |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: **1**

| Name | Jeffery A Hoops Sr |
|---|---|
| Relationship | Dba |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

The undersigned authorizes the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms and Conditions    ☐ Privacy
- ☐ Electronic Fund Transfers    ☐ Truth in Savings
- ☐ Substitute Checks    ☒ Funds Availability
- ☐ Common Features    ☒ Fee Schedule
- ☐ Arbitration Agreement    ☐
- ☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1) X _Steven R Pee_    9/2/17    ]

2) X _Jeffery A Hoops Sr_    ]

3) X _Drew R Kesler_    ]

Signature Card-Multistate
Bankers Systems™ Custom    MQF, EWYMPMF
Wolters Kluwer Financial Services ©2003, 2006
MPMP-LA2 5/2/2007

Initials: _____    Page 1 of 2

OCT 0 4 2017

CRF 2

| Owner Signer Information 2 | | Business Information |
|---|---|---|
| Name | Drew R Kesler | |
| Relationship | Auth Signer | |

**Owner Signer Information 2**

| | |
|---|---|
| Name | Drew R Kesler |
| Relationship | Auth Signer |
| Address | ████████████ |
| Mailing Address (if different) | ████ |
| Home Phone | ████ |
| Work Phone | ████ |
| Mobile Phone | ████ |
| E-Mail | ████ |
| Birth Date | ████ |
| SSN/TIN | ████ |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | ████ |
| Other ID (Description, Details) | ████ |
| Employer | Revelation Management Corp |
| Previous Financial Inst. | Na |

**Business Information**

| | |
|---|---|
| Name | Lexington Coal Company, LLC |
| EIN | |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | Suite 100<br>Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorized Resolution Date | 09/29/2017 |
| Previous Financial Inst. | none |

**Owner Signer Information 3**

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Account Description / Account #**

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Business Analyzed Chkg / 75 | ████ 1415 | $ 100.00  ☒ Cash ☐ Check |
| | | $  ☐ Cash ☐ Check |
| | | $  ☐ Cash ☐ Check |

**Service Requested**

☐ ATM   ☐ Debit/Check Cards (No. Requested:_____)
☐ _____
☐ _____

**Other Terms/Information**

**Backup Withholding Certifications**

(If not a "U.S. Person," certify foreign status separately.)
TIN: ████

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____     09-29-17
Jeffery A Hoops Sr                 (Date)

Signature Card-Multistate
Bankers Systems™   LDF, ELVWMPMF
Wolters Kluwer Financial Services ©2003, 2006

MPMF-LA2  5/2/2007
Initials _____   Page 2 of 2

OCT 0 4 20
OCT 0 4 2017

**CRF 2**

AP-0001607



## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By:   Lexington Coal Company, LLC
Suite 100
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I, __Jeffery A Hoops Sr_____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of __West Virginia_____ , Federal Employer I.D. Number ▮▮▮▮▮▮▮ , engaged in business under the trade name of __Lexington Coal Company, LLC_____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____01/23/2019_____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Jeffery A Hoops Sr  Auth Signer | X _(signature)_ | X _____ |
| B. Drew R Kesler  Auth Signer | X _(signature)_ | X _____ |
| C. D. J. HETRICK | X _(signature)_ | X _____ |
| D. _____ | X _____ | X _____ |
| E. _____ | X _____ | X _____ |
| F. _____ | X _____ | X _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_____
Attest by One Other Manager or Designated Member     Manager or Designated Member

Experⁱⁱⁱⁱ  © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

CRF 3  FEB 1 9 2019 *(page 1 of 2)*

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

Expert    © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

(page 2 of 2)

Confidential – Subject to Protective Order

AP-0001610

**Account Agreement**   Date: ___01/23/2019___

| **Institution Name & Address** | **Internal Use** |
|---|---|

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

**Account Title & Address**

Lexington Coal Company, LLC
Ky Reclamation
1051 Main St Suite 100
Milton WV 25541-1215

**Account Number**
[redacted]1416

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
☐ Individual
☐ Joint with Survivorship
   (not as tenants in common) { x _____
☐ Joint with No Survivorship { x _____
   (as tenants in common)
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit     ☐ Partnership
☐ Corporation - Nonprofit     ☐ Sole Proprietorship
☒ Limited Liability Company

**Beneficiary Designation**
*(Check appropriate ownership above.)*
☐ Revocable Trust     ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**
*(Check appropriate beneficiary designation above.)*

**Owner/Signer Information 1**

| Name | Jeffery A Hoops Sr |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATION ENERGY RESOURCES |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____.

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions     ☐ Privacy
☐ Electronic Fund Transfers     ☐ Truth in Savings
☐ Substitute Checks     ☒ Funds Availability
☐ Common Features     ☒ Fee Schedule
☐ Arbitration Agreement     ☐ _____
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _signature_ ]
   Jeffery A Hoops Sr
2 [ x _signature_ ]
   Drew R Kesler
3 [ x _signature_  D.J. HOOPS II ]  4 [ x _____ ]
   D. J. HERRICK

**Owner/Signer Information 2**

| Name | Drew R Kesler |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATON MANAGEMENT CORP |
| Previous Financial Inst. | |

Signature Card-Multistate
Bankers Systems™ Custom   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MFMP-LAZ 5/2/2007
Initials: _____   Page 1 of 2

CRF 3   FEB 1 9 2019

Confidential – Subject to Protective Order

| Owner Signer Information 3 | |
|---|---|
| Name | Donald P. Hetrick II |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Lexington Coal Company, LLC |
| Previous Financial Inst. | N/A |

| Owner Signer Information 4 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Non-Individual Owner Information | |
|---|---|
| Name | Lexington Coal Company, LLC |
| EIN | |
| Phone | 304-390-5959 |
| Mobile Phone | |
| E-Mail | |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | Suite 100 Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 01/23/2019 |
| Previous Financial Inst. | |

| Account Description | Account # | Initial Deposit Source | | |
|---|---|---|---|---|
| Analyzed Business Checking / | 1416 | $ 0.00 | ☐ Cash | ☐ Check |
| | | ☐ ___ | | |
| | | $ ___ | ☐ Cash | ☐ Check |
| | | ☐ ___ | | |
| | | $ ___ | ☐ Cash | ☐ Check |
| | | ☐ ___ | | |

| Services Requested | |
|---|---|
| ☐ ATM    ☐ Debit/Check Cards (No. Requested: ___ ) | |
| ☐    ☐ | |
| ☐    ☐ | |

**Other Terms/Information**

JMartin/Charleston

**Backup Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*
**TIN:**

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

X _____  2-4-19  (Date)
Jeffery A Hoops Sr

Confidential – Subject to Protective Order