# EXHIBIT 2

Message

| | |
|---|---|
| **From:** | Jeff Hoops [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C2242A9B39D647FE8FA14C1C3C4DEE79-JEFF HOOPS] |
| **Sent:** | 6/14/2019 5:21:07 PM |
| **To:** | Tiskus, Bob [rtiskus@mtb.com] |
| **Subject:** | RE: Personal Banking and Clearwater, etc. |
| **Attachments:** | Hoops Family Org Chart 061419.xlsx |

The ownership of the companies is as follows:

- Blackjewel, LLC
  - 62.5% Owned by Blackjewel Trust, a Hoops Family Dynasty Trust
  - 37.5% Owned by Lime Rock Partners, LLC
- Lexington Coal Holdings, Inc.
  - 100% owned by Lexington Coal Trust, a Hoops Family Dynasty Trust
- Clearwater Investments, LLC
  - 100% owned by Clearwater Trust, a Hoops Family Dynasty Trust
  - Subs have various ownerships
    - Org Chart Attached

Thanks.....Jeff

# BLACKJEWEL

*Jeff Hoops*
Blackjewel L.L.C.
1051 Main Street
Milton, WV 25541

Email: jeff.hoops@blackjewel.us
Office: 304-390-5920
Fax: 304-290-5975
Cell: 304-541-2059



The information contained in this e-mail is intended only for the use of the individual above. If you receive this message in error, please do not read it, notify the sender and then delete.

---

**From:** Tiskus, Bob [mailto:rtiskus@mtb.com]
**Sent:** Friday, June 14, 2019 3:43 PM
**To:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Subject:** RE: Personal Banking and Clearwater, etc.

Great – here is a short list that should go a long way:

- 3-5 years of fiscal year end financials for BlackJewell and Lexington (and any related entities that you contemplate would be party to loan agreements)
- Current interim financials for same (most recent quarter end with YTD and comparable to prior year)

DEBTORSUB_124988

- Any descriptive "decks" or other information that you have prepared on either company that would help paint the picture
- Summary of ownership for each company

This should be sufficient initially to allow me to have some meaningful discussions here at the bank.

Thank you!

Bob

**Robert J. Tiskus**
**Senior Market Executive**
M&T Bank
436 7th Avenue, Suite 2325
Pittsburgh, PA 15219
Office: (412) 588-2716
Mobile: (724) 531-4827
**rtiskus@mtb.com**



---

**From:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Sent:** Friday, June 14, 2019 3:38 PM
**To:** Tiskus, Bob <rtiskus@mtb.com>
**Subject:** RE: Personal Banking and Clearwater, etc.

Yes, this is fine.......Thanks.....Jeff


# BLACKJEWEL

*Jeff Hoops*
Blackjewel L.L.C.
1051 Main Street
Milton, WV 25541

Email: jeff.hoops@blackjewel.us
Office: 304-390-5920
Fax: 304-290-5975
Cell: 304-541-2059



The information contained in this e-mail is intended only for the use of the individual above. If you receive this message in error, please do not read it, notify the sender and then delete.

---

**From:** Tiskus, Bob [mailto:rtiskus@mtb.com]
**Sent:** Friday, June 14, 2019 3:33 PM

**To:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Subject:** RE: Personal Banking and Clearwater, etc.

Hi Jeff,

In speaking with our IT folks, it appears that certain data sharing services such as DropBox, Google Docs, etc. are automatically filtered by our security – in a nutshell, I can't use these services. There are also prohibitions on my ability to receive your confidential information (financial statements, reserve studies, etc) through a personal e-mail/data service.

So....maybe it would be easiest if I just provide a short list of things that I'll need initially to advance our discussions on BlackJewel and Lexington.

Are you ok with that approach?

So sorry for any inconvenience!!!

Bob

**Robert J. Tiskus**
**Senior Market Executive**
M&T Bank
**436 7th Avenue, Suite 2325**
**Pittsburgh, PA 15219**
**Office: (412) 588-2716**
**Mobile: (724) 531-4827**
**rtiskus@mtb.com**


M&T Bank
Understanding what's important®

---

**From:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Sent:** Friday, June 14, 2019 2:58 PM
**To:** Tiskus, Bob <rtiskus@mtb.com>
**Subject:** RE: Personal Banking and Clearwater, etc.

It is Dropbox, I will try it again with your email........Thanks.....Jeff

# BLACKJEWEL

*Jeff Hoops*
Blackjewel L.L.C.
1051 Main Street
Milton, WV 25541

Email: jeff.hoops@blackjewel.us
Office: 304-390-5920
Fax: 304-290-5975
Cell: 304-541-2059

DEBTORSUB_124990



The information contained in this e-mail is intended only for the use of the individual above.  If you receive this message in error, please do not read it, notify the sender and then delete.

**From:** Tiskus, Bob [mailto:rtiskus@mtb.com]
**Sent:** Friday, June 14, 2019 2:55 PM
**To:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Subject:** RE: Personal Banking and Clearwater, etc.

Jeff:

Just an FYI, I have not seen any invitation/notice for the data room.  I can only assume that it is being "filtered" by our security.  What data storage service/site are you using?

Thanks.

Bob

**Robert J. Tiskus**
**Senior Market Executive**
M&T Bank
436 7th Avenue, Suite 2325
Pittsburgh, PA 15219
Office: (412) 588-2716
Mobile: (724) 531-4827
**rtiskus@mtb.com**



**From:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Sent:** Friday, June 14, 2019 2:45 PM
**To:** Tiskus, Bob <rtiskus@mtb.com>
**Cc:** Williams, Jonathan <JDWILLIAMS2@wilmingtontrust.com>; Trang, Emily <ESCHRIVER@WilmingtonTrust.com>
**Subject:** RE: Personal Banking and Clearwater, etc.

Bob:

Sorry for the delayed response as I have a call at 3pm that will run until 3:30pm, then I am open the balance of the afternoon and evening up through 7:45...........Thanks.......Jeff

# BLACKJEWEL

*Jeff Hoops*
Blackjewel L.L.C.
1051 Main Street
Milton, WV 25541

DEBTORSUB_124991

Email: jeff.hoops@blackjewel.us
Office: 304-390-5920
Fax: 304-290-5975
Cell: 304-541-2059



The information contained in this e-mail is intended only for the use of the individual above.  If you receive this message in error, please do not read it, notify the sender and then delete.

**From:** Tiskus, Bob [mailto:rtiskus@mtb.com]
**Sent:** Friday, June 14, 2019 11:08 AM
**To:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Cc:** Williams, Jonathan <JDWILLIAMS2@wilmingtontrust.com>; Trang, Emily <ESCHRIVER@WilmingtonTrust.com>
**Subject:** Personal Banking and Clearwater, etc.

Good morning Jeff:

Following up from our conversations yesterday/this morning, I'm copying Jonathan Williams who is one of our senior private client advisors as well as his associate, Emily Trang – to make an initial introduction.

I had a nice conversation with Jonathan and he is very interested in formally meeting you and advancing discussions around asset management and credit.

To that end, I'm hoping to make a phone introduction today to the extent that you are available to do so.  Jonathan is open until ~ 12:30 and then again after 3:00 this afternoon.  Alternatively, we could certainly schedule a call for Monday if that fits better into your schedule.

Please let me know your preference.

Thank you again for this opportunity – we look forward to working with you.

Sincerely,

Bob

Robert J. Tiskus
**Senior Market Executive**
M&T Bank
436 7th Avenue, Suite 2325
Pittsburgh, PA 15219
Office: (412) 588-2716
Mobile: (724) 531-4827
rtiskus@mtb.com



This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

DEBTORSUB_124993

| PATRICIA A HOOPS | JEFFERY A. HOOPS | REVELATION TRUST |
|---|---|---|
| I | I | I |
| **100.00%** | **100.00%** | **100.00%** |
| **PERSONAL ASSETS** | **PERSONAL ASSETS** | **REVELATION ENERGY, LLC** |
| PH 2 in Clearwater, Florida | +$1mm IRA | |
| $16mm Investment Account | +$600k 401-K | |
| IRA | | |

| LEXINGTON TRUST | BLACKJEWEL TRUST | TRIPLE H FAMILY, LP |
|---|---|---|
| ▮ | | ▮ |
| I | I | I |
| 89.00% | 62.50% | 50% |
| **LEXINGTON COAL COMPANY** | **BLACKJEWEL, LLC** | **OMNI INSURANCE GROUP. LLC** |
| ▮ | ▮ | ▮ |
| $40mm Trust Funds | +$400mm Assets | JERRY NEAL 50% |
| +$125mm Cash | $1.5mm Cash | |
| JEFF HOOPS, SR. 1% | Lime Rock Partners, LLC 32.5% | |
| I | I | |
| 30.00% | 30.00% | |
| **KEWA** | **BLACKJEWEL MARKETING & SALES, LLC** | |
| | ▮ | |
| +$1BN RECLAMATION BOND FUND | 30% UNIPER | |
| I | 40% JAVELIN COMMODITIES | |
| 100.00% | | |
| **CONSTRUCTION & RECLAMATION SERVICES, LLC** | | |
| ▮ | | |
| TODD TACKETT, 25% NPI | | |
| I | | |
| 100.00% | | |
| **PREP PLANT SOLUTIONS, LLC** | | |
| ▮ | | |

**JEFFERY, JEREMY, JOSH TRUSTEES**

|

**CLEARWATER TRUST**

UNITED BANK INVESTMENT ACCOUNT

|

**99% LP**

**CLEARWATER INVESTMENT, LLC**

| 50% | 50% NPI | 50% | 100% |
|---|---|---|---|
| **BLACK DIAMOND INSURANCE** | **WALLS & ASSOCIATES, PLLC** | **ACTIVE MEDICAL, LLC** | **United Bank Investment Acct** |
| HEATHER HAMMOND 25% | BRENT WALLS OWNER | ROBERT TANT 25% | $15mm Investments |
| JACOBS MANAGEMENT GROUP 25% | | BILL BROWNING 25% | |
| | | \| | |
| | | **50%** | |
| | | **APPALACHIAN MEDICAL, LLC** | |

**PATRICIA A. HOOPS**

I

I

**1% GP**

| 100% | 100% | 100% | 100% |
|------|------|------|------|
| **GENESIS TRUCKING, LLC** | **TRIPLE H AVIATION, LLC** | **LEXINGTON COAL ROYALTY CO.** | **REPUBLIC SUPERIOR PRODUCTS** |
| DANNY MUSICK 20% NPI | 350 KING AIR | VARIOUS OVERRIDING ROYALTY STRMS | SUNNY KNOTT SHOP |
| | BELL LONG RANGER HELICOPTER | 800mm TON OF RESERVES | |

| 100% | 100% | 45% | 50% |
|---|---|---|---|
| **TRIPLE H REAL ESTATE, LLC** | **GRAND PATRICIAN RESORT, LLC** | **AQUATIC RESOURCES, LLC** | **FORREST EQUIPMENT, LLC** |
| ▉ | ▉ | ▉ | ▉ |
| WINDY HILL FARM | 200 ACRE RESORT DEVELOPMENT | "$8mm per year Water Quality Lab | +30mm per year Rebuild Shop |
| DANS ISLAND PH6 CONDOL | | | |
| ONE EMERALD PLACE MILTON, WV | | | |
| 12,000 ACRES MARTIN COUNTY,KY | | | |
| 2,50O ACRES TENN. | | | |
| 43 TRACTS IN KY, TN, WV | | | |
| +70,000 ACRE RANCH IN WYOMING | | | |

**100%**

**LEGENDS CONSTRUCTION CO., LLC**

General Construction

| From: | Jeff Hoops </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=C2242A9B39D647FE8FA14C1C3C4DEE79-JEFF HOOPS> |
|---|---|
| To: | Jerod Mount |
| Sent: | 27-Apr-18 12:34:03 PM |
| Subject: | RE: JERA Consent |

Jerod:

We needed to get a NDA in place and I did not want to send this to everyone. Can you try to recall that email......Jeff



***Jeff Hoops***
Blackjewel L.L.C.
1051 Main Street
Milton, WV 25541

Email:  jeff.hoops@blackjewel.us
Office:  304-390-5920
Fax:  304-290-5975
Cell:  304-541-2059



The information contained in this e-mail is intended only for the use of the individual above.  If you receive this message in error, please do not read it, notify the sender and then delete.

**From:** Jerod Mount [mailto:jerod.mount@lexingtoncoal.us]
**Sent:** Friday, April 27, 2018 8:33 AM
**To:** Jeff Hoops <Jeff.Hoops@blackjewel.us>; Joseph Bunn <Joseph.Bunn@Steptoe-Johnson.com>; Collier, Bryon <Bryon.Collier@Dinsmore.com>; Cunningham, Edward <Edward.Cunningham@Dinsmore.com>; Peter Bradley <Peter.Bradley@javelincommodities.com>
**Cc:** jobunn@centralcoal.com; Jim Bunn II <jbunn2@gmail.com>; Steven Poe <Steven.Poe@lexingtoncoal.us>; Clark Wisman <clark@centralcoal.com>; Roger Nicholson <Roger.Nicholson@Steptoe-Johnson.com>; Tyler Carpenter <Tyler.Carpenter@Steptoe-Johnson.com>; James Adkins <James.Adkins@Steptoe-Johnson.com>
**Subject:** RE: JERA Consent



Jerod Mount
Controller
Lexington Coal Company
Office - (304) 390-5918
Cell – (304) 942-2464

**From:** Jeff Hoops <Jeff.Hoops@blackjewel.us>
**Sent:** Friday, April 27, 2018 8:30 AM

CONFIDENTIAL

**To:** Joseph Bunn <Joseph.Bunn@Steptoe-Johnson.com>; Collier, Bryon <Bryon.Collier@Dinsmore.com>;
Cunningham, Edward <Edward.Cunningham@Dinsmore.com>; Peter Bradley
<Peter.Bradley@javelincommodities.com>; Jerod Mount <jerod.mount@lexingtoncoal.us>
**Cc:** jobunn@centralcoal.com; Jim Bunn II <jbunn2@gmail.com>; Steven Poe
<Steven.Poe@lexingtoncoal.us>; Clark Wisman <clark@centralcoal.com>; Roger Nicholson
<Roger.Nicholson@Steptoe-Johnson.com>; Tyler Carpenter <Tyler.Carpenter@Steptoe-Johnson.com>;
James Adkins <James.Adkins@Steptoe-Johnson.com>
**Subject:** RE: JERA Consent

Joe:

Below is a summary of the ownership structure as requested:

1) Lexington Coal is a totally separate legal entity from Blackjewel, LLC and Revelation Energy, LLC
    a. Lexington Coal Ownership
        i. 90% Lexington Coal Trust
            1. Patricia A. Hoops, Trustee
        ii. 10% Steve Poe
2) Blackjewel, LLC
    a. 62.5% owned by Lime Rock Partners, Fund V
    b. 37.5% owned by Blackjewel Trust
        i. Jeremy Hoops, Trustee
3) Revelation Energy, LLC
    a. 62.5% owned by Lime Rock Partners, Fund V
    b. 37.5% owned by Hoops Family Dynasty Trust
        i. Jeffery A. Hoops II, Trustee

Lexington Coal has been in business for 14 years, but does not have audited statements for prior years and
is in the process of having an audit done for 2017. Would like to put a NDA in place with JERA and we will
provide 12/31/17 Financial Statements………..Thanks…..Jeff


# Blackjewel

*Jeff Hoops*
Blackjewel L.L.C.
1051 Main Street
Milton, WV 25541

Email: jeff.hoops@blackjewel.us
Office: 304-390-5920
Fax: 304-290-5975
Cell: 304-541-2059



The information contained in this e-mail is intended only for the use of the individual above. If you receive this
message in error, please do not read it, notify the sender and then delete.


**From:** Joseph Bunn [mailto:Joseph.Bunn@Steptoe-Johnson.com]
**Sent:** Friday, April 27, 2018 8:01 AM
**To:** Jeff Hoops <Jeff.Hoops@blackjewel.us>; Collier, Bryon <Bryon.Collier@Dinsmore.com>; Cunningham,
Edward <Edward.Cunningham@Dinsmore.com>; Peter Bradley <Peter.Bradley@javelincommodities.com>
**Cc:** jobunn@centralcoal.com; Jim Bunn II <jbunn2@gmail.com>; Steven Poe
<Steven.Poe@lexingtoncoal.us>; Clark Wisman <clark@centralcoal.com>; Roger Nicholson
<Roger.Nicholson@Steptoe-Johnson.com>; Tyler Carpenter <Tyler.Carpenter@Steptoe-Johnson.com>;
James Adkins <James.Adkins@Steptoe-Johnson.com>
**Subject:** RE: JERA Consent

Dear Jeff,

We will evaluate this proposal with our client.  In the interim, could you please provide the information sought by JERA?

Thank you,

**Joseph Bunn**
O: 304-353-8106
F: 304-353-8180
C: 304-549-9090

**From:** Jeff Hoops [mailto:Jeff.Hoops@blackjewel.us]
**Sent:** Friday, April 27, 2018 7:53 AM
**To:** Joseph Bunn; Collier, Bryon; Cunningham, Edward; Peter Bradley
**Cc:** jobunn@centralcoal.com; Jim Bunn II; Steven Poe; Clark Wisman; Roger Nicholson; Tyler Carpenter; James Adkins
**Subject:** RE: JERA Consent

Joe:

They want paid to do that, so why not leave it the way it is and we will post credit with you and give you a guarantee as we have done that a number of times. We can just replace your LC......Thanks....Jeff

# BLACKJEWEL

*Jeff Hoops*
Blackjewel L.L.C.
1051 Main Street
Milton, WV 25541

Email:  jeff.hoops@blackjewel.us
Office:  304-390-5920
Fax:  304-290-5975
Cell:  304-541-2059



The information contained in this e-mail is intended only for the use of the individual above.  If you receive this message in error, please do not read it, notify the sender and then delete.

**From:** Joseph Bunn [mailto:Joseph.Bunn@Steptoe-Johnson.com]
**Sent:** Friday, April 27, 2018 7:41 AM
**To:** Collier, Bryon <Bryon.Collier@Dinsmore.com>; Cunningham, Edward <Edward.Cunningham@Dinsmore.com>
**Cc:** jobunn@centralcoal.com; Jim Bunn II <jbunn2@gmail.com>; Steven Poe <Steven.Poe@lexingtoncoal.us>; Jeff Hoops <Jeff.Hoops@blackjewel.us>; Clark Wisman <clark@centralcoal.com>; Roger Nicholson <Roger.Nicholson@Steptoe-Johnson.com>; Tyler Carpenter <Tyler.Carpenter@Steptoe-Johnson.com>; James Adkins <James.Adkins@Steptoe-Johnson.com>
**Subject:** FW: JERA Consent

Dear Bryon and Eddie,

Could you please address the 2 final points referenced by Chris below?  We cannot get this deal across the finish line until the credit evaluation is complete.  Alternatively, as previously noted, it is our understanding that Javelin already has credit in place with JERA.  Isn't there a way for Javelin to provide credit and you guys can settle up on the backend?

Thank you,

 DEBTORSUB_003995

**Joseph Bunn**
O: 304-353-8106
F: 304-353-8180
C: 304-549-9090

**From:** Chris Savage [mailto:Chris.Savage@Jeratrading.com]
**Sent:** Thursday, April 26, 2018 6:40 PM
**To:** Joseph Bunn
**Cc:** Clark Wisman; jobunn@centralcoal.com; Jim Bunn II; Collier, Bryon; Cunningham, Edward; Roger Nicholson; James Adkins; Tyler Carpenter; Grp_USCoal; Kosuke Hosono (JERAT)
**Subject:** Re: JERA Consent

Joe,
I have added Kosuke Hosono of JERAT Credit to this email so he can ask questions directly.

As I mentioned to Bryon, JERAT credit group in Singapore is reviewing and I have asked them that we expedite.

I have heard a comment back from Legal that the CBR L/C contains more robust language so perhaps they will come back requesting that format.

As to credit provider, United is not as large as BBT but it may still be deemed sufficient given the size of the credit support for this transaction.

Other than that, Hoops has a lot of different companies and references Black Jewel in a presentation, but Lexington on our counterparty registration form. Admittedly I don't know all the various company relationships myself. I also recognize Hoops with Revelation. A better understanding of these various entities and their relationships would be helpful. If this could be provided, it certainly would be helpful in the approval process.

I also understand that with an L/C, we have bank credit but when our credit group asks for three year prior financials and mgmt profiles, just the L/C may not suffice. Blackjewel was recently formed but it didn't come from nowhere so consolidated historical financials would facilitate as well. We would be fine if Blackjewel wants JERAT to sign an NDA and show financials directly to JERAT credit staff.

Regards,
Chris

On Apr 26, 2018, at 3:07 PM, Joseph Bunn <Joseph.Bunn@Steptoe-Johnson.com> wrote:

Dear Chris,

Any news on this front?

Thank you,

**Joseph Bunn**
O: 304-353-8106
F: 304-353-8180
C: 304-549-9090

**From:** Joseph Bunn
**Sent:** Thursday, April 26, 2018 11:11 AM
**To:** Chris Savage
**Cc:** 'Clark Wisman'; jobunn@centralcoal.com; Jim Bunn II; 'Collier, Bryon'; Cunningham, Edward; Roger L. Nicholson (roger.nicholson@steptoe-johnson.com); James Adkins; Tyler Carpenter
**Subject:** FW: JERA Consent

Good morning, Chris. Bryon has provided me periodic updates of where JERA stands in evaluating the assignment of the CBR purchase confirmation. Given that Blackjewel is prepared to provide a letter of credit, is it safe to assume that Jera will consent to the transfer? We are trying to close tomorrow.

DEBTORSUB_003996

Thank you,

**Joseph Bunn**
O: 304-353-8106
F: 304-353-8180
C: 304-549-9090

**From:** Collier, Bryon [mailto:Bryon.Collier@Dinsmore.com]
**Sent:** Thursday, April 26, 2018 10:34 AM
**To:** Joseph Bunn; Roger Nicholson; James Adkins
**Subject:** FW: JERA Consent

<image001.jpg>
**Bryon D. Collier**
Associate

Dinsmore & Shohl LLP • Legal Counsel
611 Third Avenue
Huntington, WV 25701
**T** (304) 691-8347 • **F** (304) 522-4312
**E** bryon.collier@dinsmore.com • dinsmore.com

**From:** Collier, Bryon
**Sent:** Wednesday, April 25, 2018 5:35 PM
**To:** 'Chris Savage'
**Cc:** Jeffery A. Hoops; Steven Poe; Cunningham, Edward; Grp_USCoal
**Subject:** RE: JERA Consent

Chris:

Attached is a copy of the draft LOC which will be put in place of the existing LOC.

Thanks,

Bryon

<image001.jpg>
**Bryon D. Collier**
Associate

Dinsmore & Shohl LLP • Legal Counsel
611 Third Avenue
Huntington, WV 25701
**T** (304) 691-8347 • **F** (304) 522-4312
**E** bryon.collier@dinsmore.com • dinsmore.com

**From:** Chris Savage [mailto:Chris.Savage@Jeratrading.com]
**Sent:** Monday, April 23, 2018 4:21 PM
**To:** Collier, Bryon
**Cc:** Jeffery A. Hoops; Steven Poe; Cunningham, Edward; Grp_USCoal
**Subject:** RE: JERA Consent

Bryon,
I just reviewed the packet again and I don't see the historical financials or management profile for Blackjewel
LLC. However, you also state they don't exist so I guess you sent me on a goose chase.

I will forward what you have sent on to my credit team and revert with any questions.
Regards,
Chris

DEBTORSUB_003997

**From:** Collier, Bryon [mailto:Bryon.Collier@Dinsmore.com]
**Sent:** 23 April 2018 16:03
**To:** Chris Savage <Chris.Savage@Jeratrading.com>
**Cc:** Jeffery A. Hoops <jhoops@revelenergy.com>; Steven Poe <Steven.Poe@lexingtoncoal.us>;
Cunningham, Edward <Edward.Cunningham@Dinsmore.com>; Grp_USCoal
<Grp_USCoal@jeratrading.com>
**Subject:** RE: JERA Consent

Chris:

I believe the management profiles and historical financial information are in the packet. Audited Financial
statements simply don't exist, as we are dealing with recently created entities, but we do have the LOC
(similar to the one already in place).  That should get you to where you need to be.

Thanks,

Bryon

<image001.jpg>
**Bryon D. Collier**
Associate

Dinsmore & Shohl LLP • Legal Counsel
611 Third Avenue
Huntington, WV 25701

**T** (304) 691-8347 • **F** (304) 522-4312

**E** bryon.collier@dinsmore.com • dinsmore.com

**From:** Chris Savage [mailto:Chris.Savage@Jeratrading.com]
**Sent:** Monday, April 23, 2018 2:48 PM
**To:** Collier, Bryon
**Cc:** Jeffery A. Hoops; Steven Poe; Cunningham, Edward; Grp_USCoal
**Subject:** RE: JERA Consent

Bryon,
Thanks for your email.

I received from you a presentation on Black Jewel Marketing and Sales last week followed up by our
standard counterparty registration form over the weekend. I appreciate you sending those over. I believe we
are now only waiting on prior three year audited historical financials and management profiles.  As your client
is requesting Black Jewel be the guarantor, I believe this is the entity for which we require financial and
mgmt. information.  Once we have everything, I will have JERAT Credit Group review promptly.
Regards,
Chris

**From:** Collier, Bryon [mailto:Bryon.Collier@Dinsmore.com]
**Sent:** 23 April 2018 11:48
**To:** Chris Savage <Chris.Savage@Jeratrading.com>
**Cc:** Jeffery A. Hoops <jhoops@revelenergy.com>; Steven Poe <Steven.Poe@lexingtoncoal.us>;
Cunningham, Edward <Edward.Cunningham@Dinsmore.com>
**Subject:** RE: JERA Consent

Chris:

Just checking in on the status of your review of the JERA consent, as closing is scheduled for Wednesday.
If you have any questions, please do not hesitate to ask.

Thanks,

DEBTORSUB_003998

Bryon

<image001.jpg>
**Bryon D. Collier**
Associate

Dinsmore & Shohl LLP  •  Legal Counsel
611 Third Avenue
Huntington, WV 25701

**T** (304) 691-8347  •  **F** (304) 522-4312

**E** bryon.collier@dinsmore.com  •  dinsmore.com

**From:** Collier, Bryon
**Sent:** Saturday, April 21, 2018 8:20 AM
**To:** 'Chris.Savage@Jeratrading.com'
**Cc:** 'Jeffery A. Hoops'; 'Steven Poe'; Cunningham, Edward
**Subject:** RE: JERA Consent

Chris:

Attached is the Counterparty Registration Form.  If you have any questions, please feel free to contact me.

Thanks,

Bryon

<image001.jpg>
**Bryon D. Collier**
Associate

Dinsmore & Shohl LLP  •  Legal Counsel
611 Third Avenue
Huntington, WV 25701

**T** (304) 691-8347  •  **F** (304) 522-4312

**E** bryon.collier@dinsmore.com  •  dinsmore.com

**From:** Collier, Bryon
**Sent:** Thursday, April 19, 2018 4:31 PM
**To:** 'Chris.Savage@Jeratrading.com'
**Cc:** Jeffery A. Hoops; Steven Poe; Cunningham, Edward
**Subject:** RE: JERA Consent

Chris:

Attached please find the Blackjewel Marketing and Sales KYC package.  The Counterparty registration form is being completed and I will send it your way once complete.

Thanks,

Bryon

<image001.jpg>
**Bryon D. Collier**
Associate

Dinsmore & Shohl LLP  •  Legal Counsel
611 Third Avenue
Huntington, WV 25701

**T** (304) 691-8347  •  **F** (304) 522-4312

**E** bryon.collier@dinsmore.com  •  dinsmore.com

**From:** Chris Savage <Chris.Savage@Jeratrading.com>
**Date:** April 19, 2018 at 3:59:46 PM EDT
**To:** 'Clark Wisman' <ClarkWisman@centralcoal.com>
**Cc:** Grp_USCoal <Grp_USCoal@jeratrading.com>
**Subject: RE: JERA Consent**

Clark,
Thanks. As I mentioned to you, we have not yet done any business with Black Jewel Marketing and Sales, LLC.  JERAT will require the following information from Black Jewel, LLC for our new counterparty setup/onboarding process:

-   Counterparty registration form – please fill up the attached
-   Group shareholder structure
-   The latest 3 years audited and consolidated financials for Black Jewel and group consolidated company
-   Management profiles (CEO, COO, CFO, etc..)
-   Brief presentation of group operations

Please forward to the appropriate contact at Black Jewel.
Regards,
Chris


**From:** Clark Wisman [mailto:ClarkWisman@centralcoal.com]
**Sent:** 18 April 2018 15:20
**To:** Chris Savage < >
**Subject:** FW: JERA Consent
**Importance:** High

Dear Chris,
I've been asked to pass this proposed consent to you.  Please review and share internally for comments and or approval.
Regards,
Clark


**From:** Joseph Bunn [mailto:Joseph.Bunn@Steptoe-Johnson.com]
**Sent:** Wednesday, April 18, 2018 2:58 PM
**To:** Clark Wisman

**Subject:** JERA Consent
**Importance:** High

Dear Clark,

At your earliest convenience, could you please pass this proposed consent along to Chris Savage for his review and approval?  This proposed consent represents the collective input of CRE and LCC and both parties have signed off on the contents thereof.  Hopefully, JERA will do so too.

Please let me know if you have any questions.

Thank you,

**Joseph Bunn**
O: 304-353-8106
F: 304-353-8180
C: 304-549-9090

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. It is intended solely for the stated addressee(s) and access to it by any other person is unauthorised. If you are not an intended recipient of this e-mail, do not disclose, duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a

DEBTORSUB_004000

solicitation to buy or sell any commodities, financial risk management products, or other physical or financial product or service, an official confirmation of any transaction, or an official statement of JERA Trading Pte Ltd or any of the JERA Group family of companies. Any views or opinions presented are solely those of the author and do not necessarily represent those of the foregoing entities. JERA Trading Pte Ltd is registered in Singapore, Company Registration No. 201130899K, and maintains its registered office at One Raffles Place, Tower 2 #37-61, Singapore 048616

Steptoe & Johnson PLLC Note:

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender

and delete this copy from your system. Thank you for your cooperation.

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. It is intended solely for the stated addressee(s) and access to it by any other person is unauthorised. If you are not an intended recipient of this e-mail, do not disclose, duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any commodities, financial risk management products, or other physical or financial product or service, an official confirmation of any transaction, or an official statement of JERA Trading Pte Ltd or any of the JERA Group family of companies. Any views or opinions presented are solely those of the author and do not necessarily represent those of the foregoing entities. JERA Trading Pte Ltd is registered in Singapore, Company Registration No. 201130899K, and maintains its registered office at One Raffles Place, Tower 2 #37-61, Singapore 048616

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. It is intended solely for the stated addressee(s) and access to it by any other person is unauthorised. If you are not an intended recipient of this e-mail, do not disclose, duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any commodities, financial risk management products, or other physical or financial product or service, an official confirmation of any transaction, or an official statement of JERA Trading Pte Ltd or any of the JERA Group family of companies. Any views or opinions presented are solely those of the author and do not necessarily represent those of the foregoing entities. JERA Trading Pte Ltd is registered in Singapore, Company Registration No. 201130899K, and maintains its registered office at One Raffles Place, Tower 2 #37-61, Singapore 048616

Steptoe & Johnson PLLC Note:

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender

and delete this copy from your system. Thank you for your cooperation.

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. It is intended solely for the stated addressee(s) and access to it by any other person is unauthorised. If you are not an intended recipient of this e-mail, do not disclose, duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any commodities, financial risk management products, or other physical or financial product or service, an official confirmation of any transaction, or an official statement of JERA Trading Pte Ltd or any of the JERA Group family of companies. Any views or opinions presented are solely those of the author and do not necessarily represent those of the foregoing entities. JERA Trading Pte Ltd is registered in Singapore, Company Registration No. 201130899K, and maintains its registered office at One Raffles Place, Tower 2 #37-61, Singapore 048616

Steptoe & Johnson PLLC Note:

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender

and delete this copy from your system. Thank you for your cooperation.

Steptoe & Johnson PLLC Note:

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

CONFIDENTIAL

DEBTORSUB_004002