# EXHIBIT 6



## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

1518

United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

By: Blackjewel LLC
1051 Main St
Milton, WV  25541-1215

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I, _____ , certify that I am a Manager or Designated Member of the above named Limited Liability
Company organized under the laws of __West Virginia__ , Federal Employer I.D. Number _____ ,
engaged in business under the trade name of __Kanawha__ , and that the resolutions on
this document is a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons
designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an
operating agreement, duly and properly called and held on _____05/02/2018_____ (date). These resolutions
appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS**  Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

|   | Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| A. | Jeffery A Hoops Sr  Auth Signer | X _____ | X _____ |
| B. | Drew R Kesler  Auth Signer | X _____ | X _____ |
| C. | _____ | X _____ | X _____ |
| D. | _____ | X _____ | X _____ |
| E. | _____ | X _____ | X _____ |
| F. | _____ | X _____ | X _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power.
Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| __A B__ | (1) Exercise all of the powers listed in this resolution. | __1__ |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS**  The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

_____

**EFFECT ON PREVIOUS RESOLUTIONS**  This resolution supersedes resolution dated _____ , if not completed, all resolutions remain in effect.
**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full
power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and
lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any,
of the Limited Liability Company on _____ (date).

_____     _____
Attest by One Other Manager or Designated Member     Manager or Designated Member

Experi™ © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003          (page 1 of 2)

CRF 5   MAY 2 1 2018

Confidential – Subject to Protective Order

AP-0001476

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**
(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.
(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.
(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.
(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.
(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.
(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.
(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

ExpereS™ © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003

(page 2 of 2)

CRF 5   MAY 2 1 2018

Confidential – Subject to Protective Order

AP-0001477

**Account Agreement**   Date: _____05/02/2018_____

| Institution Name & Address | Internal Use |
|---|---|

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

**Account Title & Address**

Blackjewel LLC
1051 Main St
Milton WV 25541-1215

**Account Number**

1518

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information on page 2.** There is additional **Owner/Signer Information space on page 2.**

### Owner/Signer Information 1

| Name | Jeffery A Hoops Sr |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

### Owner/Signer Information 2

| Name | Drew R Kesler |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Management Corp |
| Previous Financial Inst. | Na |

### Ownership of Account

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship (not as tenants in common)   { X _____
   { X _____
☐ Joint with No Survivorship (as tenants in common)   { X _____
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit       ☐ Partnership
☐ Corporation - Nonprofit       ☐ Sole Proprietorship
☒ Limited Liability Company

**Beneficiary Designation**

*(Check appropriate ownership above.)*
☐ Revocable Trust       ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1

### Signature(s)

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions       ☐ Privacy
☐ Electronic Fund Transfers   ☐ Truth in Savings
☐ Substitute Checks           ☒ Funds Availability
☐ Common Features             ☒ Fee Schedule
☐ Arbitration Agreement       ☐
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _____ Jeffery A Hoops Sr _____ ]
2 [ x _____ Drew R Kesler _____ ]
3 [ x _____ ]   4 [ x _____ ]

Signature Card-Multistate
Bankers Systems TM  Custom   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007

Initials: _____   Page 1 of 2

**CRF 5   MAY 2 1 2018**

Confidential – Subject to Protective Order

AP-0001479

| Owner/Signer Information 3 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Owner/Signer Information 4 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Non-Individual Owner Information | |
|---|---|
| Name | Blackjewel LLC |
| EIN | |
| Phone | 304-590-5959 |
| Mobile Phone | |
| E-Mail | Dkesler@revelenergy.com |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St<br>Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 05/02/2018 |
| Previous Financial Inst. | Na |

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Analyzed Business Checking / 78 | 1518 | $ 50.00<br>☒ Cash ☐ Check<br>☐ |
| | | $ _____<br>☐ Cash ☐ Check<br>☐ |
| | | $ _____<br>☐ Cash ☐ Check<br>☐ |

### Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____   ☐ _____
☐ _____   ☐ _____

### Other Terms/Information

JMartin/Charleston

### Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*
TIN: █████████

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _Jeffery A Hoops Sr_     5-3-18 (Date)
Jeffery A Hoops Sr

Signature Card-Multistate
Bankers Systems™ NDF, EWV/MPSVP
Wolters Kluwer Financial Services ©2003, 2006

CRF 5   MAY 2 1 2018

Confidential – Subject to Protective Order

AP-0001480



09666

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Blackjewel LLC
1051 Main St
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"        Referred to in this document as "Limited Liability Company"

I, _____, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of **West Virginia** _____, Federal Employer I.D. Number ███████ engaged in business under the trade name of **Blackjewel LLC** _____, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on **01/02/2017** _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| | Name and Title or Position | | Signature | | Facsimile Signature (if used) |
|---|---|---|---|---|---|
| A. | Jeffery A Hoops Sr Auth Signer | (x) | _signature_ | x | |
| B. | Drew R Kesler Auth Signer | (x) | _signature_ | x | |
| C. | | | x | x | |
| D. | | | x | x | |
| E. | | | x | x | |
| F. | | | x | x | |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | | Description of Power | Indicate number of signatures required |
|---|---|---|---|
| A B | (1) | Exercise all of the powers listed in this resolution. | 1 |
| | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) | Other _____ | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution. _____

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_____        _____
Attest by One Other Manager or Designated Member        Manager or Designated Member

Exper͟tͣ   © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 6/1/2003        (page 1 of 2)

CRF 2   JAN 1 6 2018

Confidential – Subject to Protective Order

AP-0001486

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

The Limited Liability Company named on this resolution resolves that,

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Pennsylvania. The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

ExGere⊕ © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003

(page 2 of 2)

Confidential – Subject to Protective Order

AP-0001487

*Account Agreement*                                    Date: _____01/02/2018_____

| | |
|---|---|
| United Bank - Charleston<br>500 Virginia St E<br>Charleston, WV 25301 | **Internal Use**<br>**Account Title & Address:**<br>Blackjewel LLC<br>Payroll<br>1051 Main St<br>Milton WV 25541-1215 |

**Account Number:**
1966

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information you provide. The information is protected by our privacy policy and federal law.

Enter Non-Individual Owner information on page 2. There is additional Owner/Signer information space on page 2.

**Ownership of Account**
The specified ownership will remain the same for all accounts.
- ☐ Individual
- ☐ Joint with Survivorship
  (not as tenants in common)   { X _____
- ☐ Joint with No Survivorship
  (as tenants in common)   { X _____
- ☐ Trust-Separate Agreement Dated: _____
- ☐
- ☐ Corporation - For Profit      ☐ Partnership
- ☐ Corporation - Nonprofit      ☐ Sole Proprietorship
- ☒ Limited Liability Company

**Beneficiary Designation:**
(Check appropriate ownership above.)
- ☐ Revocable Trust      ☐ Pay-On-Death (POD)
- ☐

**Beneficiary Names, Addresses, and SSN.S:**
(Check appropriate beneficiary designation above.)

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Drew R Kesler |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Management Corp |
| Previous Financial Inst. | Na |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: 1 _____.

**Signature(s):**
The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms and Conditions      ☐ Privacy
- ☐ Electronic Fund Transfers      ☐ Truth in Savings
- ☒ Substitute Checks      ☒ Funds Availability
- ☐ Common Features      ☒ Fee Schedule
- ☐ Arbitration Agreement      ☐

☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 (X) Jeffery A Hoops Sr    *[signature]*                     ]
2 (X) Drew R Kesler    *[signature]*                     ]
3 [X                          ] 4 [X                      ]

Signature Card-Multistate
Bankers Systems™ Custom   MOF, BWMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 6/2/2007

Initials: _____   Page 1 of 2

Confidential – Subject to Protective Order

AP-0001489

| Name | |
|---|---|
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Other Owner Information 1**

| Name | |
|---|---|
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

**Backup Withholding Certifications**

*(If not a "U.S. Person," certify foreign status separately.)*
TIN: [redacted]

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _Jeffery A Hoops Sr_____ 1/9/17 (Date)
Jeffery A Hoops Sr

---

**Non-Personal Owner Information**

| Name | Blackjewel LLC |
|---|---|
| EIN | [redacted] |
| Phone | 304-590-5959 |
| Mobile Phone | |
| E-Mail | Dkesler@revelenergy.com |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 01/02/2017 |
| Previous Financial Inst. | No |

**Account Description / Account # / Initial Deposit Source**

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Analyzed Business Checking / 76 | 1966 | $ 50.00 ☒ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |
| | | $ ☐ Cash ☐ Check ☐ |

**Services Requested**

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____   ☐ _____
☐ _____   ☐ _____

**Other Terms/Information**

JMartin/Charleston

---

Signature Card-Multistate
Bankers Systems™   MDF, SWVMPMP
Wolters Kluwer Financial Services ©2003, 2005

MPMP-LAZ 6/2/2007
Initials _____   Page 2 of 2

CRF 2   JAN 1 8 2018



# BUSINESS CHECK CARD APPLICATION

## COMPANY INFORMATION

| LEGAL NAME OF COMPANY: | | BUSINESS TELEPHONE NUMBER: | |
|---|---|---|---|
| Blackjewel | | 3045905959 | |

| STREET ADDRESS: | CITY: | STATE: | ZIP: |
|---|---|---|---|
| 1051 Main St | Milton | WV | 25541 |

| FEDERAL TAX ID NUMBER: | | SOCIAL SECURITY NUMBER: (PRINCIPAL/OWNER) | |
|---|---|---|---|
| ▓▓▓▓ | | ▓▓▓▓ | |

| MAILING ADDRESS: | CITY: | STATE: | ZIP: |
|---|---|---|---|
| | | | |

| PRIMARY CHECKING ACCOUNT NUMBER (ACCOUNT TO BE DEBITED FOR PURCHASE) | BUSINESS ESTABLISHED DATE (MM/DD/YY) |
|---|---|
| ▓▓▓▓ 2824 | |

### TYPE OF BUSINESS (CHECK ONE)

| | | |
|---|---|---|
| ☐ Corporation | ☐ Sole Proprietor | ☑ LLC |
| ☐ Partnership | ☐ Unincorporated Association | ☐ LLP |

| YEARS IN BUSINESS: | ANNUAL SALES: | NUMBER OF EMPLOYEES: |
|---|---|---|
| | | |

OVER →



RECEIVED BY

JAN 29 2020

ELECTRONIC BANKING

**9017**

### Individual Cardholder Information (Please Print)

| Card 1 ($2,500 Daily Purchase Limit/$500 Daily ATM Limit) | Card 2 ($2,500 Daily Purchase Limit/$500 Daily ATM Limit) |
|---|---|
| **Cardholder Name:** Drew Kesler | **Cardholder Name:** |
| **Social Security Number:** | **Social Security Number:** |
| **Signature:** | **Signature:** |

### Individual Cardholder Information (Please Print)

| Card 3 ($2,500 Daily Purchase Limit/$500 Daily ATM Limit) | Card 4 ($2,500 Daily Purchase Limit/$500 Daily ATM Limit) |
|---|---|
| **Cardholder Name:** | **Cardholder Name:** |
| **Social Security Number:** | **Social Security Number:** |
| **Signature:** | **Signature:** |

### Agreement (Please read and sign)

By the Signature of its authorized administrator below, the Company requests that United Bank Business Check Cards be issued to the Cardholders set forth on this United Bank Business Check Card Application. The Company certifies that the information on the application, and any other documents submitted in connection with the application, is true and correct. The Company authorizes United Bank to verify and to obtain information concerning the credit and deposit account standing of the Company, its employees, agents, and other representatives, and to exchange credit information with others, both now and in the future. The Company agrees to provide additional information upon request. The Company understands that if this application is accepted, check card(s) will be issued by United Bank and that Cardholders will have access to the Company's business deposit accounts. The company agrees to be bound by all of the Terms and Conditions of the United Bank Business Check Card Agreement including, but not limited to, the Agreement's provisions regarding the Company's liability for fees, all purchases, and withdrawals made with the card(s). The Company certifies that such account(s) opened pursuant to this application shall be used solely for business or commercial purposes. The Company agrees that unless otherwise directed by the Company in writing, all monthly statements and other notices regarding the account(s) shall be mailed to the Company at the primary account address. Any person signing below as the duly authorized signatory of the Company attests that the Company is a valid business entity and that each person signing below is authorized to enter into this Agreement on behalf of the Company. The Company understands the United Bank Business Check Card(s) contain the capability of initiating certain electronic transfers at point of sales and in automated teller machines.

### Administrator: (Principal Owner)

| Print Name: Drew Kesler | Title: Auth Signer |
|---|---|
| Signature: | Date: 01/08/2020 |

| **For Bank Use Only:** | | |
|---|---|---|
| **Approved / Declined By:** Sarah Hayhurst | **Branch Name:** Charleston Main | **Date Approved:** 01/08/2020 |
| Name (Print) Signature | **Branch Number:** 2090 | **Date Declined:** |

BUCKCD.V4 01/15

AP-0001492

**Limits on Zero Liability:** You are fully responsible for any ATM Withdrawal or transaction using your Personal Identification Number (PIN) that is not processed through the VISA Network.

**Lost or Stolen Card.** If you believe that a Card, Card number and/or its associated PIN has been lost or stolen, call us immediately at 1-800-7-CHECK-9, or write us at:

United Bank Check Card Department
PO Box 393
Charleston, WV 25322

Telephoning is the best way of minimizing your losses.

**Limitation of Liability.** We shall not be liable for our inability to perform our obligations under this Agreement as a result of causes beyond our control, including without limitation, any act of God, accident, equipment failure, system failure, labor dispute, or the failure of any third party to provide any electronic or telecommunications service used with the acceptance and processing of Card transactions. Under all other circumstances, we will not be liable to you for our acts or omissions under this Agreement except to the extent we have acted with gross negligence or willful misconduct. To the extent that we are found liable, you may only recover an amount limited to your actual damages, not to exceed the total fees and charges paid by you in connection with the services under this Agreement during the six month period immediately preceding the event giving rise to our liability. In no event will you be able to recover from us consequential damages, exemplary damages or lost profits, even if you advise us of the possibility of such damage.

**Termination.** You may terminate this Agreement at any time by providing us with written notice and returning the Cards. We have the right to terminate this Agreement or cancel any of the Cards at any time without notice. In the event this Agreement is terminated for any reason, you must still pay any present or future transactions resulting from use of any Card, Card number or PIN. At all times, the Cards will remain our property and must immediately be surrendered to us at such time as this Agreement is terminated or any Card is cancelled.

**Change of Terms.** We may amend, add to or delete any term of this Agreement at any time, including, but not limited to, the amount of any fees or charges. If we make such a change, you agree that we may provide you with notice of the change by any reasonable method, such as by including a message on or with your bank statement. The change will be effective upon the date of the notice unless otherwise provided. If under applicable law any such change requires your approval, your continued use of the Card on or after the date you receive the notice means that you accept and agree to the change.

**Assignment.** This Agreement may not be transferred or assigned by you without our written permission.

**Governing Law.** The terms and conditions of this Agreement are governed by and construed in accordance with the laws of the State of West Virginia, without regard to conflict of law provisions.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed this 8th day of January, 20 20 .

Customer:

Drew Kesler
Customer Name

By: _____
Auth Signer

Title _____

Bank:

UNITED BANK

By: _____
Branch Manager

Title _____

Confidential – Subject to Protective
Order

AP-0001493

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION



United Bank - Charleston
500 Virginia St E
Charleston, WV  25301

By:  Blackjewel LLC
1051 Main St
Milton, WV  25541-1215

Referred to in this document as "Financial Institution"        Referred to in this document as "Limited Liability Company"

I,_____ , certify that I am a Manager or Designated Member of the above named Limited Liability
Company organized under the laws of __West Virginia_____ , Federal Employer I.D. Number _____ ,
engaged in business under the trade name of __Blackjewel LLC_____ , and that the resolutions on
this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons
designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an
operating agreement, duly and properly called and held on _____07/03/2019_____ (date). These resolutions
appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS**  Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | | Signature | | Facsimile Signature (if used) |
|---|---|---|---|---|
| A. Drew R Kesler  Auth Signer | x | | x | |
| B. David Beckman  Auth Signer | x | | x | |
| C. | x | | x | |
| D. | x | | x | |
| E. | x | | x | |
| F. | x | | x | |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) Other _____ | |

**LIMITATIONS ON POWERS**  The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS**  This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

_____         _____
Attest by One Other Manager or Designated Member    Manager or Designated Member

CRF 2   FEB 0 3 2020

Confidential – Subject to Protective Order

AP-0001494

## ACCOUNT AGREEMENT

| | |
|---|---|
| United Bank - Charleston<br>500 Virginia St E<br>Charleston, WV 25301 | **Account Number:** ▮▮▮ 2824 |

**Account Owner(s) Name & Address**
Blackjewel LLC
New Operating Account
1051 Main St
Milton WV 25541-1215

Agreement Date: __07/03/2019__ By: _____
☒ **EXISTING Account** - This agreement replaces previous agreement(s).
**Account Description:** Analyzed Business Checking

☐ Checking ☐ Savings ☐ NOW ☐ ____
Initial Deposit $ 0.00 _____ Source: _____

**Additional Information:** Replacement

**Number of Signatures Required for withdrawal : 1**

**Ownership of Account - CONSUMER Purpose**
☐ Individual ☐ ____
☐ Joint - With Survivorship { X _____
(and not as tenants in common)
☐ Joint - No Survivorship { X _____
(as tenants in common) { X _____
☐ Trust - Separate Agreement:

☐ Revocable Trust or ☐ Pay-on-Death Designation
as Defined in this Agreement
(Name and Address of Beneficiaries):

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledges the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s)
☒ Terms & Conditions ☐ Truth in Savings ☒ Funds Availability
☐ Electronic Fund Transfers ☐ Privacy ☐ Substitute Checks
☐ Common Features ☒ Fee Schedule and Arbitration

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [ X _~signature~_ ]
Drew R Kesler - Auth Signer
I.D. # ▮▮▮▮ D.O.B. ▮▮▮▮

(2): [ X _~signature~_ ]
David Beckman - Auth Signer
I.D. # ▮▮▮▮ D.O.B. ▮▮▮▮

(3): [ X _____ ]
I.D. # _____ D.O.B. _____

**Ownership of Account - BUSINESS Purpose**
☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership
☐ LLC (LLC tax classification: ☐ C Corp ☐ S Corp ☐ Partnership)
☐ C Corporation ☐ S Corporation ☐ Non-Profit
☒
Business: LLC

(4): [ X _____ ]
I.D. # _____ D.O.B. _____

**Backup Withholding Certifications** (Non-"U.S. Persons" - Use separate Form W-8)

☒ By signing at right, I, _____,
certify under penalties of perjury that the statements made in this section are true.

☒ **TIN:** ▮▮▮▮ The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ **Not Subject to Backup Withholding.** I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipient.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person.** I am a U.S. citizen or other U.S. person (as defined in the instructions).

☐ Authorized Signer (Individual Accounts Only)
[ X _____ ]
I.D. # _____ D.O.B. _____

Signature Card-VA
Bankers Systems™ VMP®
Wolters Kluwer Financial Services ©2016

MPSC-LAZ-VA 1/15/2016
Page 1 of 1

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Blackjewel LLC
1051 Main St
Milton, WV 25541-1215

3190

Referred to in this document as "Financial Institution"    Referred to in this document as "Limited Liability Company"

I, _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of **West Virginia** , Federal Employer I.D. Number _____ , engaged in business under the trade name of **BlackJewel LLC** , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on **07/10/2017** (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Jeffery A Hoops Sr Auth Signer | (x) _____ | x _____ |
| B. Drew R Kesler Auth Signer | (x) _____ | x _____ |
| C. _____ | x _____ | x _____ |
| D. _____ | x _____ | x _____ |
| E. _____ | x _____ | x _____ |
| F. _____ | x _____ | x _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions stated above and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member    Manager or Designated Member

(page _ of _)

CRF 2

AUG 0 0 2017

Expert™ © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 8/1/2003

Confidential – Subject to Protective Order

AP-0001496

## Account Agreement

Date: _____ 07/10/2017

| *Institution Bank & Address* | *Internal Use* |
|---|---|
| United Bank - Charleston<br>500 Virginia St E<br>Charleston, WV 25301 | *Account Title & Address*<br>Blackjewel LLC<br>Mr Lockbox<br>1051 Main St<br>Milton WV 25541-1215 |

**Account Number**

3190

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional Owner/Signer Information space on page 2.

*Ownership of Account*

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship (not as tenants in common)  { X _____
☐ Joint with No Survivorship (as tenants in common)  { X _____
☐ Trust-Separate Agreement Dated:_____
☐
☐ Corporation - For Profit    ☐ Partnership
☐ Corporation - Nonprofit    ☐ Sole Proprietorship
☒ Limited Liability Company

*Beneficiary Designation*
*(Check appropriate ownership above.)*
☐ Revocable Trust    ☐ Pay-On-Death (POD)
☐

*Beneficiary Name(s), Address(es), and SSN(s)*
*(Check appropriate beneficiary designation above.)*

### Owner/Signer Information 1

| Name | Jeffery A Hoops Sr |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

### Owner/Signer Information 2

| Name | Drew R Kesler |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Management Corp |
| Previous Financial Inst. | Na |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: 1 _____.

*Signature(s)*

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions    ☐ Privacy
☐ Electronic Fund Transfers    ☐ Truth in Savings
☐ Substitute Checks    ☒ Funds Availability
☐ Common Features    ☒ Fee Schedule
☐ Arbitration Agreement    ☐
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [X_ *(signature)* ]
Jeffery A Hoops Sr

2 [X_ *(signature)* ]
Drew R Kesler

3 [x_ ]    4 [x_ ]

CRF 2

AUG 0 3 2017

Confidential – Subject to Protective Order

AP-0001497

| Owner/Signer Information 3 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Owner/Signer Information 4 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Non-Individual Owner Information | |
|---|---|
| Name | Blackjewel LLC |
| EIN | |
| Phone | 304-590-5959 |
| Mobile Phone | |
| E-Mail | Dkesler@revelenergy.com |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 07/10/2017 |
| Previous Financial Inst. | Na |

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Business Analyzed Chkg / 76 | 3190 | $ 50.00  ☒ Cash ☐ Check  ☐ |
| | | $  ☐ Cash ☐ Check  ☐ |
| | | $  ☐ Cash ☐ Check  ☐ |

**Services Requested**

☐ ATM   ☐ Debit/Check Cards (No. Requested:_____ )
☐   ☐
☐   ☐

**Other Terms/Information**

JMartin/Charleston

**Backup Withholding Certifications**

*[If not a "U.S. Person," certify foreign status separately.]*

TIN: ████████████

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

(X) _Jeffrey D. Hoops_   7/27/17 (Date)

Jeffrey A. Hoops Sr

Signature Card/Addenda
Bankers Systems™   MDF, EWVMPLP
Wolters Kluwer Financial Services ©2003, 2008

MPMP-LAZ 8/2/2007
Initials _____   Page 2 of 2

CRF 2

AUG 0 3 2017

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Blackjewel LLC
1051 Main St
Milton, WV 25541-1215

3238

Referred to in this document as "Financial Institution"

Referred to in this document as "Limited Liability Company"

I, _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of **West Virginia** _____ , Federal Employer I.D. Number ▮▮▮▮▮ , engaged in business under the trade name of **BlackJewel LLC** _____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____**07/10/2017**_____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

AGENTS Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Jeffery A Hoops Sr Auth Signer | (X) _____ | X _____ |
| B. Drew R Kesler Auth Signer | (X) _____ | X _____ |
| C. _____ | X _____ | X _____ |
| D. _____ | X _____ | X _____ |
| E. _____ | X _____ | X _____ |
| F. _____ | X _____ | X _____ |

POWERS GRANTED (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

LIMITATIONS ON POWERS The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

EFFECT ON PREVIOUS RESOLUTIONS This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.
CERTIFICATION OF AUTHORITY
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____ (date).

Attest by One Other Manager or Designated Member _____ Manager or Designated Member

Experta™ © 1996, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/17/2003

(page 1 of 2)

CRF 2

AUG 0 3 2017

Confidential – Subject to Protective Order

AP-0001499

## Account Agreement

Date: _____07/10/2017_____

**Institution Name & Address**

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

**Account Number**
3238

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer information space on page 2.

**Internal Use**

**Account Title & Address**

Blackjewel LLC
Escrow
1051 Main St
Milton WV 25541-1215

**Ownership of Account**

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship
  (not as tenants in common)   { x _____
☐ Joint with No Survivorship
  (as tenants in common)       { x _____
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit        ☐ Partnership
☐ Corporation - Nonprofit         ☐ Sole Proprietorship
☒ Limited Liability Company

**Beneficiary Designation**

(Check appropriate ownership above.)
☐ Revocable Trust          ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

(Check appropriate beneficiary designation above.)

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Drew R Kesler |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelaton Management Corp |
| Previous Financial Inst. | Na |

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: _1_____.

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions       ☐ Privacy
☐ Electronic Fund Transfers   ☒ Truth in Savings
☐ Substitute Checks           ☒ Funds Availability
☐ Common Features             ☒ Fee Schedule
☐ Arbitration Agreement       ☒ UOP Limit None
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [x _Jeffery A Hoops_        ]
  Jeffery A Hoops Sr
2 [x _Drew Kesler_            ]
  Drew R Kesler
3 [x            ]   4 [x            ]

Signature Card-Multiuse
Bankers Systems TM Custom   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2005

MPMP-LAZ 5/2/2007

Initials _____   Page 1 of 2

CRF 2

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non-Individual Owner Information

| | |
|---|---|
| Name | Blackjewel LLC |
| EIN | |
| Phone | 304-590-5959 |
| Mobile Phone | |
| E-Mail | Dkessler@revelenergy.com |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St  Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 07/10/2017 |
| Previous Financial Inst. | Na |

## Account Description / Account # / Initial Deposit Source

| Account Description | Account # | Initial Deposit Source | |
|---|---|---|---|
| Business Money Market Investment / 95 | 3238 | $ 1,000.00  ☒ Cash ☐ Check | |
| | | $ _____  ☐ Cash ☐ Check | |
| | | $ _____  ☐ Cash ☐ Check | |

## Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____       ☐ _____
☐ _____       ☐ _____

## Other Terms/Information

JMartin/Charleston

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)

TIN: [redacted]

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _____  7/27/17 (Date)
Jeffery A Hoops Sr

Signature Card-Multistate
Bankers Systems™  MDF-EWVMPMP
Wolters Kluwer Financial Services ©2005, 2005

MPMP-LA2  5/2/2007

Initials _____   Page 2 of 2

CRF 2

AUG 0 3 2017

Confidential – Subject to Protective Order

AP-0001501

6056

## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By:  Blackjewel LLC
1051 Main St
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I,_____Jeffrey A Hoops Sr_____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of __West Virginia_____ , Federal Employer I.D. Number█████████ , engaged in business under the trade name of __Blackjewel LLC_____ , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____07/17/2018_____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Jeffery A Hoops Sr  Auth Signer | x _____ | x _____ |
| B. Drew R Kesler  Auth Signer | x _____ | x _____ |
| C. Tammy K Okray  Auth Signer | x _____ | x _____ |
| D. Shane D Durgin  Auth Signer | x _____ | x _____ |
| E. _____ | x _____ | x _____ |
| F. _____ | x _____ | x _____ |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B C D | (1) Exercise all of the powers listed in this resolution. | 1 |
| _____ | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | _____ |
| _____ | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | _____ |
| _____ | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | _____ |
| _____ | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | _____ |
| _____ | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | _____ |
| _____ | (7) Other _____ | _____ |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

_____

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any,
of the Limited Liability Company on _____ (date).

_____          _____
Attest by One Other Manager or Designated Member    Manager or Designated Member

Experts © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003          (page 1 of 2)

CRF 3    JUL 2 6 2018

Confidential – Subject to Protective Order

AP-0001507

**Account Agreement**　　　Date: ___07/17/2018___

<table>
<tr><td>

**Institution Name & Address**

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

**Account Number**

████ 6056

</td><td>

**Internal Use**

**Account Title & Address**

Blackjewel LLC
West Petty Cash
1051 Main St
Milton WV 25541-1215

</td></tr>
</table>

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship
　(not as tenants in common) ⎰ x _____
☐ Joint with No Survivorship ⎱ x _____
　(as tenants in common)
☐ Trust-Separate Agreement Dated: _____

☐ Corporation - For Profit　　☐ Partnership
☐ Corporation - Nonprofit　　☐ Sole Proprietorship
☒ Limited Liability Company

**Beneficiary Designation**

(Check appropriate ownership above.)

☐ Revocable Trust　　☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

(Check appropriate beneficiary designation above.)

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | Auth Signer |
| Address | ████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't-Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Drew R Kesler |
| Relationship | Auth Signer |
| Address | ████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't-Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Management Corp |
| Previous Financial Inst. | Na |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: __1__

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions　　☐ Privacy
☐ Electronic Fund Transfers　☐ Truth in Savings
☒ Substitute Checks　　　　☒ Funds Availability
☐ Common Features　　　　☒ Fee Schedule
☐ Arbitration Agreement　　☐ _____
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _____ ]
　　Jeffery A Hoops Sr
2 [ x _____ ]
　　Drew R Kesler
3 [ x _____ ]　4 [ x _____ ]
　　Tammy K Okray　　　　　　Shane D Durgin

Signature Card-Multistate
Bankers Systems™ Custom　MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2008

MPMP-LAZ 6/2/2007
Initials: _____　Page 1 of 2

CRF 3　JUL 2 6 2018

AP-0001509

## Owner/Signer Information 3

| Field | Value |
|---|---|
| Name | Tammy K Okray |
| Relationship | Auth Signer |
| Address | ██████████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Blackjewel LLC |
| Previous Financial Inst. | NA |

## Owner/Signer Information 4

| Field | Value |
|---|---|
| Name | ██████████ |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Blackjewel West |
| Previous Financial Inst. | NA |

## Non-Individual Owner Information

| Field | Value |
|---|---|
| Name | Blackjewel LLC |
| EIN | |
| Phone | 304-590-5959 |
| Mobile Phone | |
| E-Mail | Dkesler@revelenergy.com |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 07/17/2018 |
| Previous Financial Inst. | Na |

## Account Description / Account # / Initial Deposit Source

| Account Description | Account # | Initial Deposit | Source |
|---|---|---|---|
| Analyzed Business Checking / 76 | ████ 5056 | $ 1,000.00 | ☒ Cash  ☐ Check ☐ |
| | | $ | ☐ Cash  ☐ Check ☐ |
| | | $ | ☐ Cash  ☐ Check ☐ |

## Services Requested

☐ ATM    ☐ Debit/Check Cards (No. Requested: _____)
☐ _____    ☐ _____
☐ _____    ☐ _____

## Other Terms/Information

JMartin/Charleston

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)
TIN: 82-0924605

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _Jeffery A Hoops_ (signature)    (Date) _____
Jeffery A Hoops Sr

Signature Card-Multistate
Bankers Systems™   MDF, EWVMPAP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 6/2/2007

Initials: _____    Page 2 of 2

CRF 3   JUL 2 6 2018

# LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION



United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By:  Blackjewel LLC
1051 Main St
Milton, WV 25541-1215

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I,_____, certify that I am a Manager or Designated Member of the above named Limited Liability
Company organized under the laws of _____, Federal Employer I.D. Number _____,
engaged in business under the trade name of **Blackjewel LLC**_____, and that the resolutions on
this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons
designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an
operating agreement, duly and properly called and held on _____ (date). These resolutions
appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS**  Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|
| A. Jeffery A Hoops Sr Auth. Signer | X | X |
| B. Drew R Kesler Auth. Signer | X | X |
| C. | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power,
Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1)  Exercise all of the powers listed in this resolution. | 1 |
| | (2)  Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3)  Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4)  Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5)  Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6)  Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7)  Other _____ | |

**LIMITATIONS ON POWERS**  The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS**  This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.
**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full
power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and
lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any,
of the Limited Liability Company on _____ (date).

_____      _____
Attest by One Other Manager or Designated Member      Manager or Designated Member

Expert™ © 1995, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003                         (page 1 of 2)

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

The Limited Liability Company named on this resolution resolves that,

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Pennsylvania. The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

## FOR FINANCIAL INSTITUTION USE ONLY

Acknowledged and received on _____ (date) by _____ (initials)  ☐ This resolution is superseded by resolution dated _____

Comments:

Express © 1988, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 8/1/2003

(page 2 of 2)

Confidential – Subject to Protective Order

AP-0001513

**Account Agreement**    Date: _01/12/2018_

6511

| | |
|---|---|
| United Bank - Charleston<br>500 Virginia St E<br>Charleston, WV 25301 | **Internal Use** |
| | Blackjewel LLC<br>West Operating Account<br>1051 Main St<br>Milton WV 25541-1215 |

8511

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer information space on page 2.

The specified ownership will remain the same for all accounts.
- ☐ Individual
- ☐ Joint with Survivorship (not as tenants in common) { x _____ { x _____
- ☐ Joint with No Survivorship (as tenants in common)
- ☐ Trust-Separate Agreement Dated: _____
- ☐
- ☐ Corporation - For Profit    ☐ Partnership
- ☐ Corporation - Nonprofit    ☐ Sole Proprietorship
- ☒ Limited Liability Company

(Check appropriate ownership above.)
- ☐ Revocable Trust    ☐ Pay-On-Death (POD)
- ☐

(Check appropriate beneficiary designation above.)

| Name | Jeffery A Hoops Sr |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: **1**

| Name | Drew R Kesler |
|---|---|
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Management Corp |
| Previous Financial Inst. | N/a |

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

- ☒ Terms and Conditions    ☐ Privacy
- ☐ Electronic Fund Transfers    ☐ Truth in Savings
- ☐ Substitute Checks    ☒ Funds Availability
- ☐ Common Features    ☒ Fee Schedule
- ☐ Arbitration Agreement    ☒ UOP Limit None
- ☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 (x) Jeffery A Hoops Sr _Jeffery A Hoops_ ]
(x) Drew R Kesler _Drew Kesler_ ]
3 [ x ] 4 [ x ] ]

Signature Card-Multistate
Bankers Systems™  Current    MDF, BWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007

Initials: _____    Page 1 of 2

CRF 2  FEB 1 4 2018

Confidential – Subject to Protective Order    AP-0001515

| Owner Signer Information 3 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (If different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Owner Signer Information 4 | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (If different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

| Non-Personal Owner Information | |
|---|---|
| Name | Blackjewel LLC |
| TIN | |
| Phone | 304-590-6959 |
| Mobile Phone | |
| E-Mail | Dkessler@revelenergy.com |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | , United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St Milton, WV 25541-1215 |
| Mailing Address (If different) | |
| Authorized/ Resolution Date | |
| Previous Financial Inst. | Na |

| Type of Deposit | Account # | Initial Deposit Source | |
|---|---|---|---|
| Free Business Checking / 75 | 8511 | $ 100.00 | ☐ Cash ☒ Check |
| | | $ | ☐ Cash ☐ Check |
| | | $ | ☐ Cash ☐ Check |

| Services Needed | |
|---|---|
| ☐ ATM   ☐ Debit/Check Cards (No. Requested: ___ ) | |
| ☐ | |
| ☐ | |

**Other Identification**

Cbostic/Charleston Main

**Taxpayer Certification**

(If not a "U.S. Person," certify foreign status separately.)

TIN:

☒ Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

☒ Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _Jeffery A Hoops_   01-12-18 (Date)
Jeffery A Hoops Sr

Signature Card-Multistate
Bankers Systems™   MDF, EWV/MPMP
Wolters Kluwer Financial Services ©2003, 2008

MPMP-LA2  5/2/2007
Initials: _____   Page 2 of 2



## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

By: Black Jewel LLC
1051 Main St
Milton, WV 25541

Referred to in this document as "Financial Institution"          Referred to in this document as "Limited Liability Company"

I, _____ , certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of **West Virginia** , Federal Employer I.D. Number ▮▮▮▮ , engaged in business under the trade name of **Black Jewel LLC** , and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ 03/24/2017 _____ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| | Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| A. | Jeffery A Hoops Sr  Auth Signer | x | x |
| B. | Drew R Kesler  Auth Signer | x | x |
| C. | | x | x |
| D. | | x | x |
| E. | | x | x |
| F. | | x | x |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A B | (1) Exercise all of the powers listed in this resolution. | 1 |
| | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) Other _____ | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated _____ . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on _____

APR 03 2017

_____          _____
Attest by One Other Manager or Designated Member    Manager or Designated Member

Experta™ © 1986, 1997 Bankers Systems, Inc., St. Cloud, MN Form LLC-1 5/1/2003          (page 1 of 2)

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on page one, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

**Pennsylvania.** The designation of an Agent does not create a power of attorney; therefore, Agents are not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code) unless the agency was created by a separate power of attorney. Any provision that assigns Financial Institution rights to act on behalf of any person or entity is not subject to the provisions of 20 Pa.C.S.A. Section 5601 et seq. (Chapter 56; Decedents, Estates and Fiduciaries Code).

---

*FOR FINANCIAL INSTITUTION USE ONLY*

Acknowledged and received on _____ (date) by _____ (initials) ☐ This resolution is superseded by resolution dated _____ .

Comments:

APR 03 2017

Experi® © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN  Form LLC-1 5/1/2003

*(page 2 of 2)*

Confidential – Subject to Protective Order

AP-0001521

7953

## Account Agreement

Date: ___03/24/2017___

**Institution Name & Address**

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

**Internal Use**

**Account No. & Address**

Black Jewel LLC          *Blackjewel L.L.C.*
1051 Main St
Milton WV 25541

**Account Number**

_____7953

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.
Enter Non-Individual Owner Information on page 2. There is additional Owner/Signer Information space on page 2.

**Ownership of Account**

The specified ownership will remain the same for all accounts.
☐ Individual
☐ Joint with Survivorship
  (not as tenants in common)  { x _____
☐ Joint with No Survivorship
  (as tenants in common)  { x _____
☐ Trust-Separate Agreement Dated: _____
☐
☐ Corporation - For Profit      ☐ Partnership
☐ Corporation - Nonprofit      ☐ Sole Proprietorship
☒ Limited Liability Company

**Beneficiary Designation**

*(Check appropriate ownership above.)*
☐ Revocable Trust          ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

| **Owner/Signer Information 1** | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | REVELATION ENERGY RESOURCES |
| Previous Financial Inst. | |

☐ If checked, this is a temporary account agreement.
Number of signatures required for withdrawal: _1_____.

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions      ☐ Privacy
☐ Electronic Fund Transfers  ☐ Truth in Savings
☐ Substitute Checks          ☒ Funds Availability
☐ Common Features            ☒ Fee Schedule
☐ Arbitration Agreement      ☐ _____
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation)

| **Owner/Signer Information 2** | |
|---|---|
| Name | Drew R Kesler |
| Relationship | Auth Signer |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelaton Management Corp |
| Previous Financial Inst. | |

1 [ x   *Jeffrey A Hoops*            ]
     Jeffery A Hoops Sr
2 [ x   *Drew Kesler*              ]
     Drew R Kesler
3 [ x                  ]  4 [ x            ]

MPMP-LAZ 6/2/3007

Initials: _____    Page 1 of 2

APR 03 2017
CRF 3

Confidential – Subject to Protective Order

AP-0001522

## Owner/Signer Information 3

| Field | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| Field | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Backup Withholding Certifications

(If not a "U.S. Person," certify foreign status separately.)
TIN: _____

[X] Taxpayer I.D. Number (TIN) - The number shown above is my correct taxpayer identification number.

[X] Backup Withholding - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[ ] Exempt Recipients - I am an exempt recipient under the Internal Revenue Service Regulations.

I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

x _Jeffrey A Hoops_  3-24-17 (Date)

Jeffery A Hoops Sr

## Non-Individual Owner Information

| Field | |
|---|---|
| Name | Black Jewel LLC    *Black jewel LLC* |
| EIN | |
| Phone | 304-590-5959 |
| Mobile Phone | |
| E-Mail | Dkesler@revelenergy.com |
| Type of Entity | Limited liability company |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St<br>Milton, WV 25541 |
| Mailing Address (if different) | |
| Authorization/ Resolution Date | 03/24/2017 |
| Previous Financial Inst. | |

## Account Description | Account # | Initial Deposit/Source

| Account Description | Account # | Initial Deposit/Source |
|---|---|---|
| Free Business Chkng / | 7953 | $ 0.00 |
| | | [ ] Cash  [ ] Check |
| | | [ ] _____ |
| | | $ _____ |
| | | [ ] Cash  [ ] Check |
| | | [ ] _____ |
| | | $ _____ |
| | | [ ] Cash  [ ] Check |
| | | [ ] _____ |

## Services Requested

[ ] ATM    [ ] Debit/Check Cards (No. Requested: _____ )
[ ] _____    [ ] _____
[ ] _____    [ ] _____

## Other Terms/Information

JMartin/Charleston

Signature Card-Multistate
Bankers Systems™    MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ  6/2/2007

Initials: _____    Page 2 of 2

APR 03 2017
CRF 3

## Account Agreement

Date: 03/19/2018

**Institution Name & Address**

United Bank - Charleston
500 Virginia St E
Charleston, WV 25301

**Account Number**

████3204

**IMPORTANT ACCOUNT OPENING INFORMATION:** Federal law requires us to obtain sufficient information to verify your identity. You may be asked several questions and to provide one or more forms of identification to fulfill this requirement. In some instances we may use outside sources to confirm the information. The information you provide is protected by our privacy policy and federal law.

Enter **Non-Individual Owner Information** on page 2. There is additional **Owner/Signer Information** space on page 2.

**Owner/Signer Information 1**

| | |
|---|---|
| Name | Jeffery A Hoops Sr |
| Relationship | Auth Signer |
| Address | ██████████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelation Energy Resources |
| Previous Financial Inst. | Chase |

**Owner/Signer Information 2**

| | |
|---|---|
| Name | Drew R Kesler |
| Relationship | Auth Signer |
| Address | ██████████ |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | Revelaton Management Corp |
| Previous Financial Inst. | Na |

**Internal Use**

**Account Title & Address**

Blackjewel LLC
Collateral Account
1051 Main St
Milton WV 25541-1215

**Ownership of Account**

The specified ownership will remain the same for all accounts.

☐ Individual
☐ Joint with Survivorship (not as tenants in common) { X _____ { X _____
☐ Joint with No Survivorship (as tenants in common)
☐ Trust-Separate Agreement Dated: _____
☐
☒ Corporation - For Profit ☐ Partnership
☐ Corporation - Nonprofit ☐ Sole Proprietorship
☐ Limited Liability Company

**Beneficiary Designation**

*(Check appropriate ownership above.)*
☐ Revocable Trust ☐ Pay-On-Death (POD)
☐

**Beneficiary Name(s), Address(es), and SSN(s)**

*(Check appropriate beneficiary designation above.)*

☐ If checked, this is a temporary account agreement.

Number of signatures required for withdrawal: **1**

**Signature(s)**

The undersigned authorize the financial institution to investigate credit and employment history and obtain reports from consumer reporting agency(ies) on them as individuals. Except as otherwise provided by law or other documents, each of the undersigned is authorized to make withdrawals from the account(s), provided the required number of signatures indicated above is satisfied. The undersigned personally and as, or on behalf of, the account owner(s) agree to the terms of, and acknowledge receipt of copy(ies) of, this document and the following:

☒ Terms and Conditions ☐ Privacy
☐ Electronic Fund Transfers ☐ Truth in Savings
☐ Substitute Checks ☒ Funds Availability
☐ Common Features ☒ Fee Schedule
☐ Arbitration Agreement ☒ UOP Limit None
☐ Authorized Signer (See Owner/Signer Information for Authorized Signer designation(s).)

1 [ x _____ ]
2 [ x Jeffery A Hoops Sr _____ ]
    [ x Drew R Kesler _____ ]
3 [ x _____ ] 4 [ x _____ ]

Signature Card-Multistate
Bankers Systems™ Custom MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 8/2/2007

Initials: _____ Page 1 of 2

CRF 2 MAR 2 1 2018

Confidential – Subject to Protective Order

AP-0001524

## Owner/Signer Information 3

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Owner/Signer Information 4

| | |
|---|---|
| Name | |
| Relationship | |
| Address | |
| Mailing Address (if different) | |
| Home Phone | |
| Work Phone | |
| Mobile Phone | |
| E-Mail | |
| Birth Date | |
| SSN/TIN | |
| Gov't Issued Photo ID (Type, Number, State, Issue Date, Exp. Date) | |
| Other ID (Description, Details) | |
| Employer | |
| Previous Financial Inst. | |

## Non Individual Owner Information

| | |
|---|---|
| Name | Blackjewel LLC |
| EIN | |
| Phone | 304-590-5959 |
| Mobile Phone | |
| E-Mail | Dkesler@revelenergy.com |
| Type of Entity | |
| State/Country & Date of Organization | West Virginia, United States of America |
| Nature of Business | LLC |
| Address | 1051 Main St<br>Milton, WV 25541-1215 |
| Mailing Address (if different) | |
| Authorization/Resolution Date | |
| Previous Financial Inst. | Na |

## Account Description | Account # | Initial Deposit Source

| Account Description | Account # | Initial Deposit Source |
|---|---|---|
| Super Money Market -Business / 96 | 3204 | $ 15,000.00<br>☒ Cash ☐ Check<br>☐ |
| | | $<br>☐ Cash ☐ Check<br>☐ |
| | | $<br>☐ Cash ☐ Check<br>☐ |

## Services Requested

☐ ATM   ☐ Debit/Check Cards (No. Requested: _____ )
☐ _____   ☐ _____
☐ _____   ☐ _____

## Other Terms/Information

JMartin/Charleston

## Backup Withholding Certifications

*(If not a "U.S. Person," certify foreign status separately.)*
TIN

☒ **Taxpayer I.D. Number (TIN)** - The number shown above is my correct taxpayer identification number.

☒ **Backup Withholding** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipients** - I am an exempt recipient under the Internal Revenue Service Regulations.

**I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).**

03-19-18

X _____ (Date)
Jeffery A Hoops Sr

Signature Card-Multistate
Bankers Systems™   MDF, EWVMPMP
Wolters Kluwer Financial Services ©2003, 2006

MPMP-LAZ 5/2/2007
Initials: _____   Page 2 of 2

CRF 2   MAR 2 1 2018

Confidential – Subject to Protective Order