# Exhibit 1

| MSJ Exhibit | Objection | Document Type | Produced By | Deposition(s) |
|---|---|---|---|---|
| 3 | Authentication | Bank Records | United Bank | |
| 8 | Authentication | Bank Records | United Bank | |
| 10 | Authentication | Bank Records | United Bank | |
| 15 | Authentication Hearsay | Email | Trust | Jeff Hoops |
| 16 | Hearsay | Email | Trust | Jeff Hoops |
| 17 | Hearsay | Email | Trust | Brent Walls |
| 19 | Hearsay | Email | Trust | Patricia Hoops |
| 23 | Hearsay | Bank Records | United Bank | |
| 30 | Authentication | Bank Records | United Bank | |
| 31 | Hearsay | Email | Trust | Patricia Hoops |
| 32 | Hearsay | Email | Trust[1] | Jeffrey Hoops (in part) Brent Walls |
| 36 | Authentication | Email | Trust[2] | David Mills Melanie Humphreys |
| 38 | Hearsay | Email | Trust | Melanie Humphreys |
| 39 | Authentication | Bank Records | Trust[3] | |

---

[1] Part of the version of these e-mails attached to the Motion bears a United Bank production number. Counsel for United Bank has reviewed the Trust's production to confirm that this same e-mail was produced by the Trust as well.

[2] The version of this e-mail attached to the Motion bears a United Bank production number. Counsel for United Bank has reviewed the Trust's production to confirm that this same e-mail was produced by the Trust as well.

[3] The version of this record attached to the Motion bears a United Bank production number. Counsel for United Bank has reviewed the Trust's production to confirm that this same record was produced by the Trust as well.