# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| **Blackjewel, L.L.C.**, *et al.*, | Case No. 19-30289 |
| Former Debtors,[1] | (Jointly Administered) |
| **BLACKJEWEL, L.L.C.**, et al. | Adv. Proc. No. 3:20-ap-03007 |
| Plaintiffs, | |
| v. | |
| **UNITED BANK**, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Bankr. R. 7041, the Blackjewel Liquidation Trust (the "Trust"), as successor to the Debtors as Plaintiffs in the above-captioned action, and Defendant United Bank ("Defendant") (each of the Trust and Defendant, a "Party"), by and through their respective counsel, hereby stipulate and agree that this action is dismissed with prejudice to refiling and with each Party to pay its own fees and costs.

Stipulated and Agreed,

---

[1] The former Debtors in these chapter 11 cases and the last four digits of each former Debtor's taxpayer identification number are as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213). The mailing address for each of the former Debtors is located at 999 17th Street, Suite 700, Denver, Colorado 80202, Attn: David J. Beckman.

DATED: January 17, 2023

/s/ *Joseph G. Bunn*
Joseph G. Bunn, Esquire (WVSB #11319)
Jennifer J. Hicks, Esquire (WVSB #11423)
Timothy M. Miller, Esquire (WVSB #2564)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston WV 25301
681-205-8888
681-205-8814 (fax)
jbunn@babstcalland.com
jhicks@babstcalland.com
tmiller@babstcalland.com

Ancil G. Ramey, Esquire (WVSB #3013)
Steptoe & Johnson PLLC
825 Third Avenue, Suite 400
PO Box 2195
Huntington, WV 25722
304-526-8133
304-526-8089 (fax)
ancil.ramey@steptoe-johnson.com

Peter J. Raupp, Esquire (WVSB #10546)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
PO Box 1588
Charleston, WV 25326
304-353-8000
304-353-8180 (fax)
peter.raupp@steptoe-johnson.com

*Counsel for United Bank*

**SUPPLE LAW OFFICE, PLLC**

Joe M. Supple, Bar. No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelaw.net

– and –

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *Stephen D. Lerner*
Stephen D. Lerner (admitted pro hac vice)
Scott A. Kane (admitted pro hac vice)
John A. Tancabel (admitted pro hac vice)
Jennifer L. Dollard-Smith (admitted pro hac vice)
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
scott.kane@squirepb.com
john.tancabel@squirepb.com
jennifer.dollard-smith@squirepb.com

*Co-Counsel to the Blackjewel Liquidation Trust*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing **"Stipulation of Dismissal with Prejudice"** was filed and served upon counsel for Defendant via electronic mail this 17th day of January, 2023.

*/s/ Joseph G. Bunn*
Joseph G. Bunn